### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1616-RBJ

AGAZI ABAY,
GABRIEL THORN,
AMY SCHNEIDER, and
MICHAEL McDANIEL,
on behalf of themselves and other similarly situated individuals,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER
    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Laura B. Wolf and John Michael Guevara of Wolf Guevara LLP hereby move, pursuant to D.C.COLO.LAttyR 5(b), for leave to withdraw as counsel for Plaintiffs in the above-captioned matter.  Counsel represent that they were initially contacted for immediate support with respect to the urgent need for a Temporary Restraining Order.  At the time of undersigned counsel's entry of appearance, counsel from two different law firms were already representing Plaintiffs in this case.  Having discussed the matter with co-counsel, at this juncture in the case – and with the need for immediate assistance no longer at the forefront – undersigned counsel hereby moves to withdraw.  Plaintiffs will continue to be represented by E. Milo Schwab of Ascend Counsel Law and Ross Ziev of Help in Colorado, their original attorneys.  Plaintiffs and representatives of all parties are being served with a copy of this Motion.

Respectfully submitted this 11th day of June 2020.

*s/ Laura B. Wolf*

Laura B. Wolf
John Michael Guevara
Wolf Guevara LLP
1312 17th Street Ste 569
Denver, CO 80202
(303) 802-5390
laura@wolfguevara.com
jm@wolfguevara.com
