Michael B. Hancock
MAYOR



City and County of Denver
OFFICE OF THE MAYOR
CITY AND COUNTY BUILDING
DENVER, COLORADO • 80202-5390
TELEPHONE: 720-865-9000 • FAX: 720-865-8787
TTY/TTD: 720-865-9010

# EMERGENCY CURFEW
Issued pursuant to DRMC Section 2-98

I, Michael B. Hancock, Mayor of the City and County of Denver, subject to the authority granted to me pursuant to the State Constitution, the Colorado Revised Statutes, the Charter of the City and County of Denver ("Charter"), and the Denver Revised Municipal Code ("DRMC"), do hereby proclaim the following Emergency Regulation:

**WHEREAS**, on May 25, 2020, George Perry Floyd died while in the custody of the Minneapolis Police Department; and

**WHEREAS**, in the aftermath of Mr. Floyd's death, a civil disturbance has occurred within the downtown and surrounding areas of the City and County of Denver, with resulting significant and extensive damage to people and/or property, including several public and private businesses and buildings that have been damaged, looted, or burned; and

**WHEREAS**, in the aftermath of Mr. Floyd's death and the resulting civil unrest and disorder, law enforcement personnel, residents, and visitors have been and remain at risk of significant injury and death, as well as significant destruction to public and private property and the potential for further civil unrest or disorder is to such an extent that extraordinary measures must be taken to preserve order necessary to protect the public health, safety, and welfare; and

**WHEREAS**, a majority of the destruction and violence has taken place under the cover of darkness; and

**WHEREAS**, as a result, on May 30, 2020, I declared a State of Local Disaster Emergency pursuant to the State Constitution, the Colorado Disaster Emergency Act (C.R.S. § 24-33.5-701, *et seq.*), the Charter and Ordinances of the City and County of Denver, and Chapter 16 of the Denver Revised Municipal Code; and

**WHEREAS**, pursuant to the Charter and Ordinances of the DRMC, the Mayor, as the chief executive officer of the city, is vested with all the executive and administrative powers granted to the City and County of Denver by Article XX of the Constitution of the State of Colorado, and all executive and administrative powers contained in the Charter of the City and County of Denver, and otherwise existing by operation of law, including the power to enforce all laws and ordinances; and

**WHEREAS**, pursuant to the Declaration of Local Disaster Emergency, the Mayor is authorized to exercise some or all of the powers allowed by the State Constitution, the Colorado Disaster Emergency Act, and the Charter and Ordinances of the City and County of Denver during the State of Local Disaster Emergency; and

**WHEREAS**, DRMC Section 2-98 vests the Mayor, as an officer of the city, with the express authority to adopt emergency rules if such action is deemed necessary to protect immediately the public health, safety or welfare; and

**NOW, THEREFORE**, I, Michael B. Hancock, Mayor of the City and County of Denver, do hereby declare pursuant to this emergency regulation that:

**Exhibit 1**

1. A nighttime curfew is imposed in all public places within the City and County of Denver, including streets and public right-of-ways, during the following times:
   a) From 8:00 p.m. on Saturday, May 30, 2020, until 5:00 a.m. on Sunday, May 31, 2020; and
   b) From 8:00 p.m. on Sunday, May 31, 2020, until 5:00 a.m. on Monday, June 1, 2020.

2. During the hours of curfew, all persons are prohibited from using, standing, sitting, traveling or being present on any public street or in any public place, including for the purpose of travel, with the following exceptions:

    a. All law enforcement, fire, paramedics or other medical personnel, Colorado National Guard as well as any other emergency response personnel authorized by the City and County of Denver, and credentialed members of the news media.

    b. Individuals traveling directly to and from work, traveling directly to and from the Denver International Airport, seeking exempt care, fleeing dangerous circumstances, or experiencing homelessness.

    c. Any person to whom permission by authorized City and County of Denver officials is specifically granted.

3. The office of the Mayor of the City and County of Denver shall designate any additional personnel that are exempt from the curfew pursuant to Paragraph 2 above.

4. For purposes of this emergency regulation, "travel" includes, without limitation, travel on foot, bicycle, skateboard, scooter, motorcycle, automobile, or public transit, or any other mode of transporting a person from one location to another.

5. For purposes of this emergency regulation, "public place" means any place, whether on privately or publicly owned property, accessible to the general public, including but not limited to public streets and roads, alleys, highways, driveways, sidewalks, parks, vacant lots, and unsupervised property. For purposes of this emergency regulation, "public place" does not include the Denver International Airport.

6. For purposes of this emergency regulation, "exempt care" means necessary medical services for an individual's self or family member.

7. A violation of this emergency regulation is a criminal violation of the Denver Revised Municipal Code and is punishable by a fine not to exceed $999.00 or imprisonment for not more than 300 days, pursuant to DRMC, Section 1-13.

8.

5/30/2020
Date

Michael B. Hancock
Mayor, City and County of Denver

ATTEST:

Denver Clerk and Recorder or agent

POSTED: May 30, 2020

**Exhibit 1**