IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1616-RBJ

AGAZI ABAY,
GABRIEL THORN,
AMY SCHNEIDER, and
MICHAEL McDANIEL, on behalf of themselves
   and other similarly situated individuals

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,

      Defendant.

## DECLARATION OF KELLY BRUNING

I, Kelly Bruning, declare pursuant to 28 U.S.C. § 1746 the following based upon my personal knowledge:

1. I am currently employed as a Captain of the Denver Sheriff Department ("DSD"). I have been employed with the DSD for 21 years in September 2020.

2. In my position, I have many duties and responsibilities, and these include serving as the K9 Commander, overseeing the Continuity of Operations for the DSD in Denver's Emergency Operations Center, and serving as the Commander of the DSD Emergency Response Team.

3. On the evening of May 28, 2020, during ongoing protests related to the death of George Floyd in Minneapolis, unknown individuals shattered a large glass entry door at the Lindsey Flanagan Courthouse ("LFC") located at 520 West Colfax Avenue in Denver, Colorado.

**Exhibit 3**

4. The Van Cise-Simonet Detention Center, otherwise known as the Downtown Detention Center ("DDC"), is located at 490 W. Colfax Avenue next to the LFC. The two buildings are separated by a plaza.

5. On the morning of May 29, 2020, a chain link fence was installed across the plaza separating the LFC and DDC to establish a perimeter around those facilities to secure both from potential breach and further destruction.

6. The DSD is the agency that operates and provides the security for both the DDC and the LFC and on May 29 secured the perimeter of the plaza with the assistance of the Denver Police Department.

7. On the afternoon of May 29, 2020, protesters marched down 14th Street and arrived at the chain link fence that secured the plaza. I was present at the scene and personally observed a large number of protesters approach the fence. Initially I told the deputies and officers to stand back to give a buffer area to avoid a confrontational situation at the fence.

8. Some protesters began shaking the fence and tried to pull it down. The southeast corner of the fence was knocked down. After that portion of the fence was knocked down, I ordered the left side of the skirmish line to move up closer to the fence to secure it and then to move back.

9. At that point, the number of protesters outnumbered the number of DSD deputies and other officers present. As the line moved up, we gave orders to move back and most of them complied.

10. A larger number of people stayed closed to the fence. I was standing a few feet away, next to a pole that was in a grassy area of the plaza and I heard a loud noise from an object striking the pole. I looked down and saw what appeared to be a rock or brick about the size of a

Exhibit 3

softball fall to the ground near the pole. I saw that it had broken in half from the impact and one piece landed in the grass and the other piece landed in the roadway.

11. At that moment, I was very concerned for the safety of the deputies and officers on scene as other objects started to be thrown from the group. For that reason, I gave orders to use pepper spray to disperse the protestors back from the fence.

12. Deputies deployed pepper spray. Individuals in the group continued to throw bottles and rocks toward the deputies, however, the pepper spray ultimately had the intended effect of dispersing the group of individuals.

13. After the situation had calmed, I took a photo of the rock that landed near the pole. Below is a true and accurate copy of the photo that I took at the time. In the photo, a portion of the orange-colored rock can be seen in the grass where it landed a few feet from the pole near where I had been standing, and the other part of the rock can be seen on the righthand side of the photo



Exhibit 3

in the street. Also shown is one of the water bottles that had been thrown by protesters at the deputies.

14. I have reviewed the video that the plaintiffs in this case have attached as Exhibit E to their complaint. I can confirm that the video captures a portion of the events that occurred at the plaza on May 29, 2020. The video shows a man wearing striped pants directly in front of the fence. The man is seen raising his left hand and a deputy deploying pepper spray toward him. Immediately after, the man throws an object over the fence. To the best of my knowledge, this was the moment the rock was thrown and when I gave the order to deploy pepper spray.

15. I have reviewed the video footage of the incident that is included as Exhibit 1 to my declaration. The video is a true and accurate depiction of the events that occurred on the plaza between DDC and LFC for which I was present on May 29, 2020.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on:

6-24-20
Date

Kelly Bruning

**Exhibit 3**