**From:** Milo Schwab
**To:** Lewis, Melanie B. - CAO Senior Assistant City Attorney; Ross Ziev; Farley, Conor D. - CAO Asst City Attorney - Sr; Jason Wesoky
**Subject:** [EXTERNAL] Conferral on Motion to Show Cause
**Date:** Wednesday, July 22, 2020 12:36:47 PM

---

Hi Melanie, I'm reaching out to confer on a Motion to Show Cause we plan to file tomorrow in regards to the City's repeated violations of the Court-Approved Stipulation. This arises from two separate incidents of which we are aware and in each incident, the City violated several terms of the stipulation.

On the afternoon of July 19, 2020, Denver Police responded to competing rallies, one of which was in support of police conduct. As the police were leaving, one officer pepper-sprayed approximately one dozen protesters without any act of violence or destruction of property precipitating such police violence. This included an attack on several protesters who were recording the incident. An additional officer fired pepper balls at several protesters, again, without any act of violence or destruction or property precipitating such police violence. I have attached two videos and three pdfs of this officer's attacks on protesters to show the extent to which he wildly attacked everyone within range, and then chased other protesters to continue his chemical assault.

I have also attached multiple photos of officers not wearing body-worn cameras at this incident.

Previously, on July 1, 2019, Denver police used chemical and physical force on protesters without any prior act of violence. This included aiming at protester's heads and necks. I have attached a video from that incident and pictures of two protesters who were hit in the head by pepper balls or other KIPs.

As with the July 19 incident, this event also included at least three officers not wearing body-worn cameras. I have attached three photos for your review. I have also attached a video of one protester informing a sergeant on scene that these officers were not wearing their cameras. With knowledge that his officers were violating the stipulation, he ignored this information and permitted his officers to continue to confront protesters without any recording device.

If you have information that would show that any of these officers did not violate this stipulation, please provide such information. We intend to file tomorrow by 5 pm. When do you have time to speak about this today or tomorrow?

Thank you,

Milo Schwab

2020-07-01 Incident.mp4

2020-07-01 Pepper ball.jpg

2020-07-01 Pepperball to face 1.jpg

2020-07-01 Officer 1 without body cam.jpg

**EXHIBIT A**

- 2020-07-01 Officer 2 without body cam.jpg
- 2020-07-01 Officer 3 without body cam.jpg
- 2020-07-19 Angle 1.mp4
- 2020-07-19 Angle 2 in Freeze Frame.pdf
- 2020-07-19 Angle 2.mp4
- 2020-07-19 Officer 2 without body cam.jpeg
- 2020-07-19 Officer 3 with no body cam.jpg
- 2020-07-19 Officer 4 with no body cam.jpg
- 2020-07-19 Officer 5 with no body cam.jpg
- 2020-07-19 Officer 6 with no body cam.jpg
- 2020-07-19 Officer 7 with no body cam.jpg
- 2020-07-19 Officer A D Sanchez without body cam...
- 2020-07-19 Person 1 attacked by officer.pdf
- 2020-07-19 Person 2 attacked by officer.pdf
- 2020-07-19 Person 3 attacked by officer.pdf




EXHIBIT A




**EXHIBIT A**







**EXHIBIT A**




**EXHIBIT A**




--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

**EXHIBIT A**