IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01616-RBJ

AGAZI ABAY,
GABRIEL THORN,
AMY SCHNEIDER, and
MICHAEL McDANIEL, on behalf of themselves
and other similarly situated individuals

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

## DECLARATION OF PAUL M. PAZEN

I, Paul M. Pazen, declare pursuant to 28 U.S.C. § 1746 the following based on my personal knowledge:

1. I am currently the Chief of Police for the Denver Police Department. I was appointed to this position by Mayor Michael Hancock in June 2018.

2. As the Chief of Police, I am aware of the Stipulation that the Court approved in this lawsuit. The Denver Police Department was aware of the terms of the Stipulation at the time it was entered on June 26, 2020, and agreed with its terms.

3. When the Stipulation was entered, its requirements were communicated to officers through the chain of command.

**EXHIBIT B**

4.      The Denver Police Department is fully committed to meeting its obligations under the Stipulation. Compliance with the terms of the Stipulation is a matter of utmost importance to me, and I expect all officers to abide by its terms.

5.      It came to my attention on the afternoon of July 22, 2020, that the plaintiffs in this case contended that Denver police officers violated the Stipulation's requirement that all officers deployed to demonstrations must have their body worn cameras recording any and all acts of confrontation between police officers and others.

6.      Upon learning of the allegations, I immediately asked my command staff to determine what had happened, whether these were isolated incidents or a broader problem, and what additional ways the Department could ensure all officers responding to protest activity meet our obligations under the Stipulation.

7.      Within 48 hours of being notified of the potential violations, the Department developed a checklist for supervisors to ensure that the responsible supervisor and all officers under their supervision are equipped with body worn cameras, properly affixed to their uniforms, prior to being deployed to protest activity. Supervisors must also confirm that any officers from outside jurisdictions present at the request of the Denver Police Department are aware of and comply with the body worn camera requirements. The checklist also requires the incident commander to include the Stipulation's body worn camera and other requirements in each written operations plan, and to review these requirements in each supervisory briefing for police response to protest activity. The checklist was implemented the afternoon of July 24, 2020, and has been used for operations involving police response to protest activity since that date.

**EXHIBIT B**

8. To my knowledge, the photographs showing some Denver police officers without body worn cameras on July 1 and July 19, 2020, represent isolated incidents, and the overwhelming number of Denver police officers responding to protest activity have worn body cameras properly affixed to their gear.

9. I do not personally know the circumstances of each officer in each photo provided by the plaintiffs, but I recognize Commander Aaron Sanchez pictured in Exhibit 6. I am aware that Commander Sanchez was working in the Command Center during the pro-law enforcement event on July 19, 2020, and went to the site of the event on an urgent basis to introduce himself to event organizers and ask if they would be willing to leave to prevent a confrontation with counterdemonstrators who were marching toward the location. He did not go the site to participate in the field response and he did not participate in that response. Still, I have since directed that any officer, even command staff working in the Command Center, must have a body camera when going to the scene of a protest regardless of whether that officer expects to participate in the police response to protest activity.

10. I also learned that some of the law enforcement officers in the photos submitted by plaintiffs from July 19, 2020, were members of the Colorado State Patrol who did not have body worn cameras. The Denver Police Department has since worked with the Colorado State Patrol to provide their officers with body worn cameras to use when they are assisting the Denver Police Department with a response to protest activity.

**EXHIBIT B**

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on:

12.14-20
Date

Paul M. Pazen

4

**EXHIBIT B**