| From: | Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr |
|---|---|
| To: | Milo Schwab; Farley, Conor D. - CAO Asst City Attorney - Sr |
| Cc: | Ross Ziev; Jason Wesoky; Jett, Philip - CAO Paralegal II; Lewis, Melanie B. - CAO Senior Assistant City Attorney |
| Subject: | RE: [EXTERNAL] Re: Conferral on Motion to Show Cause |
| Date: | Monday, July 27, 2020 9:02:51 AM |

Milo,

We appreciate your conferral and the attempt to avoid unnecessary motion practice. But your last email repeats questions to which we have already responded, requests documents and information more properly sought through discovery, and also seems to expand the scope of conferral to issues not previously raised (even documents —"Person 1 attacked by officer"—that we have not received).

As we have explained, it is not reasonable for Plaintiffs to supply Denver with photos and video clipped from lengthy videos on social media and expect us to investigate and explain the circumstances of each image captured in those videos to Plaintiffs' satisfaction. The longer videos you provided late Thursday did provide some of that context, and we responded mid-Friday with the additional information we were able to glean from them.

If you feel you have sufficient basis to warrant relief from the Court, you should seek it and we will respond in that forum.

Best,

Geoff

--

**Geoffrey C. Klingsporn** | Senior Assistant City Attorney
City Attorney's Office | Civil Litigation Section | City and County of Denver
p: (720) 913-8412 | geoffrey.klingsporn@denvergov.org
This email and any attached documents, files or previous email messages
may contain information that is confidential or legally privileged.
If you are not the intended recipient, or a person responsible for delivering it
to the intended recipient, you are hereby notified that you must not disclose,
copy, print, or distribute or make any use of the information contained in or attached to this email.
If you have received this email in error, please immediately notify the sender by return email
and delete the original transmission and its attachments without saving it in any manner.

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Friday, July 24, 2020 2:38 PM
**To:** Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>
**Cc:** Ross Ziev <ross@helpincolorado.com>; Jason Wesoky <jwesoky@darlingmilligan.com>; Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>; Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>; Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause

Conor, thanks for getting back to us. We would like to continue to make an effort to confer in good faith. To that end, we need some further clarification.

1. The city has provided no response to the pictures from July 1, 2020, pulled from video provided, where protesters were shot in the face and neck. The order and state law make clear that aiming for the head is not permitted. Does the city contend that these protesters' heads were not targeted? If so, how were these protesters shot in the head?

2. The city has not responded to the three photos from July 1, 2020 where 3 officers are shown without body cameras. Does the city concede that these officers were not wearing cameras? If so, does the city have a proposal for addressing this violation of the stipulation and city policy short of a hearing to show cause?

3. The City has not addressed how the use of pepper spray was in response to a specific act of violence or property destruction. Can the city please provide why the individual in "2020-07-19 Person 1 attacked by officer.pdf" was pepper sprayed. From the videos, including the extended videos you've been provided with, there is no moment in which this individual was violent, destroyed property, or in anyway was even a threat to officer safety, which again, is not the standard as provided in the stipulation the city agreed to.

   1. As a further note, I have reviewed these videos many times and it is clear that more than a dozen individuals were pepper sprayed. The Sergeant pepper sprayed in a near 360 degree area, then chased individuals to spray them as well. Is it the city's contention that each and every individual was a threat to officer safety,

**EXHIBIT C**

under this new standard you are suggesting? Would the city instead classify this use of force as indisriminate?

4. In photo 3, the officer is wearing his body camera on his leg. Is this consistent with departmental regulations or manufacturer's guidelines? We have reviewed the Operations Manual as you suggested in response to this question. The operations manual points to another document. Can you provide those documents or answer whether this is consistent with city policy?

5. Can you please explain exactly where in photo 6 this officer is wearing his body camera?

6. Were the Colorado State Patrol present at the invitation or in any way related to the Denver Police?

7. Can you respond to whether officers in photos 1 and 2 were wearing body cameras? These photos were not taken from videos, but instead still shots which were provided to us by the photographer. These were taken at the July 19, 2020 protest.

8. Does the city concede that officers in photos 5 and 7 were not wearing body cameras at the July 19 protest? As with the second question above, does the city have a proposal for addressing this violation short of a hearing to show cause?

Please provide this information by noon on Monday. We look forward to the city's response.

Thank you,

Milo Schwab

On Fri, Jul 24, 2020 at 12:08 PM Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org> wrote:

Milo, Ross, and Jason –

During the conferral telephone conference yesterday you raised two concerns related to the Denver Police Department's compliance with the stipulation during protests on 7/1 and 7/19: [1] whether a body-worn camera ("BWC") was worn by each officer during these events, and [2] the use of pepper spray on 7/19. These concerns were based on photos that you sent us which you thought showed officers not wearing BWC, and on video clips of the 7/19 incident.

You asked us to confirm that the officers in the photos were not wearing BWC. We explained that we did not know the origin or circumstances of the photographs, and therefore we could not confirm such information. However, we offered to check to confirm that the models of BWC used by DPD are of the square-shaped type customarily seen on uniforms. We can confirm that this is the case.

You also offered to send us the complete videos from social media to provide more context and a better view of the photos, explaining that you did not want to file a motion to show cause if the officers were in fact wearing cameras. You asked that we let you know if Denver contends that the officers in the photos you submitted were wearing body cameras.

Some of the videos were hours long, and we have not yet completed a comprehensive review. However, we can say:

- The videos show that the officers depicted in your photos ## 3, 6 and 10 are outfitted with BWC.
- The videos you provided us did not contain images of your photos 1 and 2; therefore we still do not know the circumstances of those photos.
- Your photos 4, 8 and 9 show Colorado State Patrol officers.

As to the force on 7/19, we believe it complies with the stipulation. The officer who deployed the pepper spray in the video was a sergeant, and the videos that you sent and others from social media show that the use of the spray was in in direct response to a specific threat to officer safety.

Let us know if you still intend to file a Motion to Show Cause. If so, and if you intend to request a hearing on an expedited basis – please do so immediately so that we have time to respond to the motion and coordinate witnesses. We will need high-ranking DPD officials available for any hearing, and they have significant public safety responsibilities in the evening that could make them unavailable if we don't have sufficient advance notice.

Thank you.

**DENVER**
THE MILE HIGH CITY

**Conor D. Farley | Assistant City Attorney | Civil Litigation Section**
City Attorney's Office | City and County of Denver
720.913 3315 Phone | 720.913.3190 Fax

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Thursday, July 23, 2020 7:14 PM
**To:** Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>
**Cc:** Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>; Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>; Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause

I'm working on it, but I didn't want to hold you up on access.

Milo

**EXHIBIT C**

On Thu, Jul 23, 2020 at 7:12 PM Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org> wrote:

> Milo,
> Thanks. We can view via YouTube but (as you may know) can't download.
> We'll review as much as we can on YouTube's stream, but in the meantime can we figure out a way to get from you the "raw" footage – perhaps via physical media?
> Geoff
>
> **From:** Milo Schwab <milo@ascendcounsel.co>
> **Sent:** Thursday, July 23, 2020 6:59 PM
> **To:** Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>
> **Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause
>
> Geoff, I'm having trouble uploading the biggest files. Here are the YouTube sites for the last 2 videos.
>
> July 19
> https://m.youtube.com/watch?v=mf3miprFEzc&t=5302s
> July 1
> https://m.youtube.com/watch?v=1OFDLRa9wFc&t=8017s
>
> On Thu, Jul 23, 2020 at 6:53 PM Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org> wrote:
>
> > Milo,
> > Thanks for the update. If it's already sitting on a Google Drive I can try to download the files with my personal account. Or if you prefer, we can do a physical (thumb-drive) transfer during business hours tomorrow. Let me know.
> > Geoff
> >
> > --
> > **Geoffrey C. Klingsporn** | Senior Assistant City Attorney
> > City Attorney's Office | Civil Litigation Section | City and County of Denver
> > p: (720) 913-8412 | geoffrey.klingsporn@denvergov.org
> > This email and any attached documents, files or previous email messages
> > may contain information that is confidential or legally privileged.
> > If you are not the intended recipient, or a person responsible for delivering it
> > to the intended recipient, you are hereby notified that you must not disclose,
> > copy, print, or distribute or make any use of the information contained in or attached to this email.
> > If you have received this email in error, please immediately notify the sender by return email
> > and delete the original transmission and its attachments without saving it in any manner.
> >
> > **From:** Milo Schwab <milo@ascendcounsel.co>
> > **Sent:** Thursday, July 23, 2020 6:47 PM
> > **To:** Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>
> > **Cc:** Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>; Jason Wesoky <jwesoky@darlingmilligan.com>; Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>; Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>; Ross Ziev <ross@helpincolorado.com>
> > **Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause
> >
> > Hi Geoff, these files are bigger than I realized and are taking time to up load. I'm working on it now
> >
> > On Thu, Jul 23, 2020 at 5:28 PM Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org> wrote:
> >
> > > Milo,
> > > All three files came through as 0KB again. Would you mind re-uploading?
> > > Geoff
> > >
> > > --
> > > **Geoffrey C. Klingsporn** | Senior Assistant City Attorney
> > > City Attorney's Office | Civil Litigation Section | City and County of Denver
> > > p: (720) 913-8412 | geoffrey.klingsporn@denvergov.org
> > > This email and any attached documents, files or previous email messages
> > > may contain information that is confidential or legally privileged.
> > > If you are not the intended recipient, or a person responsible for delivering it
> > > to the intended recipient, you are hereby notified that you must not disclose,
> > > copy, print, or distribute or make any use of the information contained in or attached to this email.
> > > If you have received this email in error, please immediately notify the sender by return email
> > > and delete the original transmission and its attachments without saving it in any manner.

**EXHIBIT C**

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Thursday, July 23, 2020 5:18 PM
**To:** Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>
**Cc:** Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>; Jason Wesoky <jwesoky@darlingmilligan.com>; Ross Ziev <ross@helpincolorado.com>; Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>; Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>
**Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause

Hi Geoff, my computer was having some trouble earlier. I just uploaded the full videos.

Please let me know if they did not come through.

Thanks,

Milo

On Thu, Jul 23, 2020 at 2:47 PM Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org> wrote:

> Milo,
> I'm not sure if you were planning to use the same SharePoint folder as
> before, to upload the longer video – but if so, you should still have access
> to it.
> If you have any problems, let me know.
> Thanks,
> Geoff
> –
> **Geoffrey C. Klingsporn** | Senior Assistant City Attorney
> City Attorney's Office | Civil Litigation Section | City and County of Denver
> p: (720) 913-8412 | geoffrey.klingsporn@denvergov.org
> This email and any attached documents, files or previous email messages
> may contain information that is confidential or legally privileged.
> If you are not the intended recipient, or a person responsible for delivering it
> to the intended recipient, you are hereby notified that you must not disclose,
> copy, print, or distribute or make any use of the information contained in or attached to this email.
> If you have received this email in error, please immediately notify the sender by return email
> and delete the original transmission and its attachments without saving it in any manner.
> **From:** Milo Schwab <milo@ascendcounsel.co>
> **Sent:** Thursday, July 23, 2020 8:23 AM
> **To:** Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>
> **Cc:** Jason Wesoky <jwesoky@darlingmilligan.com>; Ross Ziev <ross@helpincolorado.com>; Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>; Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>; Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>
> **Subject:** Re: [EXTERNAL] Re: Conferral on Motion to Show Cause
> Hi Melanie, 10 will work for us.
> Thank you,
> Milo
> On Thu, Jul 23, 2020 at 7:33 AM Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org> wrote:
>
>> Milo,
>> We could be available at 10am today for a phone call. I can set up a call via Teams for that time if you are
>> available.
>> Thank you.
>>
>>  **Melanie Lewis** | Assistant City Attorney | Civil Litigation
>> City Attorney's Office | City and County of Denver
>> p: (720) 913.3240 | melanie.lewis@denvergov.org
>> CONNECT WITH US | 311 | POCKETGOV.COM | DENVERGOV.ORG | DENVER 8 TV | FACEBOOK
>>
>> **From:** Milo Schwab <milo@ascendcounsel.co>
>> **Sent:** Wednesday, July 22, 2020 2:23 PM
>> **To:** Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org>; Jason Wesoky <jwesoky@darlingmilligan.com>; Ross Ziev <ross@helpincolorado.com>
>> **Cc:** Lewis, Melanie B. - CAO Senior Assistant City Attorney <Melanie.Lewis@denvergov.org>; Klingsporn, Geoffrey C. - CAO Asst City Attorney - Sr <Geoffrey.Klingsporn@denvergov.org>; Farley, Conor D. - CAO Asst City Attorney - Sr <Conor.Farley@denvergov.org>

**EXHIBIT C**

**Subject:** [EXTERNAL] Re: Conferral on Motion to Show Cause

Ok, I believe I uploaded all 3 videos. Please let me know if that is not the case.

When tomorrow are Melanie and Conor available to confer?

Thank you,

Milo

On Wed, Jul 22, 2020 at 1:20 PM Jett, Philip - CAO Paralegal II <Philip.Jett@denvergov.org> wrote:

> Milo,
>
> Can you please download the videos and pictures to the SharePoint site below.
>
> ████████████████████████████████████████
> ████████████████████████████████████████
>
> Thanks.
>
> Phil Jett
>
> Paralegal II

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205
milo@ascendcounsel.co | www.ascendcounsel.co

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
3000 Lawrence St. Denver CO, 80205

**EXHIBIT C**