

**Denver Police Department**
**Supervisor's Use of Force Cover Sheet**

Page 1 of 6

**Investigating Supervisor -** Roger Torgeson 07074

**CAD Incident Number –** 2020-401022 Date – 7/2/2020 Time – 0010 Hours

Location: 100 Blk. 14th Ave

**Synopsis:**

On July 1, 2020, at approximately 2010 hours, District 6 command officers were actively monitoring #30-50 protesters setting up campsites and barricades in Civic Center Park at 101 W 14th Ave. Officers collaborated with the protesters and gained voluntary compliance to vacate the park. Officers learned the protesters were not homeless and did not require homeless resources.

At approximately 2315 hours, protesters returned and set up campsites in violation of park curfew. Lt. Tony Gallawa 95069 gave three PA announcements, advising protesters they were in violation of park curfew and needed to vacate the park, or they would be charged for Park Curfew and Disobeying a Lawful Order. The protesters were given approximately 39 minutes to leave the park with their belongings. The protesters failed to vacate, and on July 2, 2020, at approximately 0010 hours, Lt. Gallawa provided the protesters a second set of PA announcements advising protesters they were in violation of park curfew and needed to vacate the park, or they would be charged for Park Curfew and Disobeying a Lawful Order. The protesters locked arms and refused to leave the park.

Officers attempted to arrest the suspects in the park when unknown suspect(s) discharged chemical agents and an unknown chemical from a fire extinguisher towards officers, attempted to disarm officers of their batons, and assaulted officers with blunt objects which caused serious bodily injuries to Ofc. Jackson Burkin 14056 and minor injuries to Sgt. Lance Gardner 95013.

Several officers defended themselves by deploying OC foggers, pepper ball launchers, and by pushing and striking unknown suspects with batons. The force stopped the active assault on officers and dispersed most of the suspects. Six suspects unrelated to the assault on officers were arrested. Chemical agents were used on suspect Robert Harr dob: ▮▮▮▮1990, who resisted arrest. Harr complained of minor injuries about his arms and legs from being arrested. Suspect Victora Brown dob: ▮▮▮▮1998 was forced to the ground and sustained no injuries.

**Introduction:**

On July 1, 2020, at approximately 2010 hours, District 6 command officers were actively monitoring #30-50 protesters setting up campsites and barricades in Civic Center Park at 101 W 14th Ave. Officers collaborated with the protesters and gained voluntary compliance to vacate the park reference CAD #20-400622. Officers learned the protesters were not homeless and did not require homeless resources.

**EXHIBIT D**

**Denver Police Department**
**Supervisor's Use of Force Cover Sheet**

CAD Incident Number - 2020-401022                                                                 Page 3 of 6

Officers attempted to clear the park without success and began to arrest suspects in the park. Uknown suspect(s) discharged chemical agents (suspected bear fogger) and an unknown chemical from a fire extinguisher towards officers, attempted to disarm officers' of their batons, and assaulted officers with blunt objects to include a fire extinguisher, traffic cone, a trash can and pointed ends of umbrellas. An unknown suspect threw an extinguisher at Ofc.  Burkin's left thigh, causing him to fall to the ground. An unknown suspect threw a trash can at Sgt. Gardner, causing abrasions to his left forearm.

The field force teams called for help and approixmatley #21 officers responded to the help call;
360A  Cash, R 05054 = CIT (P05054) - Officer
532A  Stolper, C W 17015 (P17015) - Recruit
532B  Briggs, David C 13089 = CIT (P13089) - Recruit
541B  Lombardi, A C 16040 (P16040) - Recruit
543A  Rider, W B 17016 (P17016) - Recruit
541C  Nunez-Estrella, Diego A 17082 (P17082) - Officer
163C  Koen, Joshua F 19077 (P19077) - Officer
163D  Alcon, Joshua R 18035 (P18035) - Officer
152S  Reyes, Brandon T 15029 = CIT (P15029) - Officer
150A  Christopherson, P00062=CIT (P00062) - Officer
152A  Harrison, M R 16067 = CIT (P16067) - Recruit
151A  Villagomez, C 03006 = CIT (P03006) - Officer
251S  Cao, Michael 19124 (P19124) - Officer; Hackett Jr, R 05053 = CIT (P05053) - Corporal
153A  Romero, R 00013 = CIT (P00013) - Officer
153B  Jackson, Travis 00093 =CIT (P00093) - Officer
162E  Montoya, Jeremy M 18037 (P18037) - Officer
160B  Archuleta, C G 06134 =CIT (P06134) - Recruit
540A  Vigil, Marcus 00004 = CIT (P00004) - Officer
350A  Guigli, J A 04117 = CIT (P04117) - Officer
363B  Dunnam, Doyle D 19037 (P19037) - Officer
351A  Selby, B A 17041 (P17041) - Officer

Several officers defended themselves by deploying OC foggers, pepper ball launchers, and by pushing and striking unknown suspects with batons. The force stopped the active assault on officers and dispersed most of the suspects. Six suspects, Robert Harr dob:  1990, David Fernandez dob: /1991, Megan Murray dob  1995, Victoria Brown dob: 1998, Megan Thompson dob: 1993, and Jill Hunsaker dob:  /1991, were arrested for Park Curfew and Disobeying a Lawful Order. Chemical agents were used on Harr, who resisted arrest. Brown was forced to the ground and sustained no injuries.

DHMC Ambulance #59 Devorak responded and cleared Harr on the scene. Ofc. Burkin was transported to DHMC and was later diagnosed with non-life-threatening SBI. Sgt. Gardner was cleared on the scene and reported the injury to the Ouch Line.

DPD 770 (9/11)

**EXHIBIT D**

**Denver Police Department**
**Supervisor's Use of Force Cover Sheet**

CAD Incident Number - 2020-401022                                                      Page 5 of 6

Sgt. Torgeson conducted an open-source search for the incident and located a video from a protester channel called "Cut the Plastic." The video is consistent with the reported facts and further shows protesters coordinating their plan to resist officers by donning gear, forming a skirmish line, and interlocking arms. The video was uploaded into Axon by its YouTube title, "Night 34 There Saga Continues". For further information, refer to the video.

Sgt. Torgeson received and reviewed all written statements from officers who reported their UOF. The statements were consistent with the reported facts.

### Summary:

Based on the review of all available evidence at this time, the suspects' actions reached the level of Aggravated Active Aggression by throwing blunt objects at officers, which caused SBI to an officer and by attempting to disarm officers' of their batons. The UOF stopped the active assault on officers and dispersed most of the suspects. Six suspects were arrested for public order crimes; Hurr resisted arrest sustaining minor injuries consistent with the reported UOF. Brown resisted arrest and was forced to the ground, consistent with the reported UOF.  The remaining protesters vacated the park with their belongings as ordered.

### Recommendation:

Based on the information available at this time, it is Sgt. Torgeson's recommendation that no further investigation is needed.

| | | |
|---|---|---|
| Video interview of suspect obtained? | Yes ☒ | No ☐ |
| Body worn camera video obtained? | Yes ☒ | No ☐ |
| If **no**, please explain: | | |
| HALO or other closed-circuit video of UOF incident present? | Yes ☒ | No ☐ |
| Statements obtained from officers involved in actual UOF? | Yes ☒ | No ☐ |
| Statements obtained from all witness officers and officers present at the scene? | Yes ☒ | No ☐ |
| CAD Report attached? | Yes ☒ | No ☐ |
| Further investigation recommended by reviewing supervisor? | Yes ☐ | No ☒ |
| Debriefing planned to discuss tactical and/or training issues? | Yes ☐ | No ☒ |

_Torgeson_  02074  7/2/20
Investigating Supervisor's Signature/Badge & Date

_____        -or-    <u>None on Duty</u>
Command Officer Approval - Signature/Badge & Date        Reason Command Officer is Unavailable

DPD 770 (9/11)

**EXHIBIT D**

## DENVER POLICE DEPARTMENT — USE OF FORCE REPORT

| IAB UOF# | ⊕ = Requires Code from Table Below |
|---|---|

### INCIDENT

| DPD CAD # 20-401022 | Call Type 1 | | Call Class Park Curfew | | District 6 | Precinct 611 |
|---|---|---|---|---|---|---|

| Address/Location of Incident | | Date | Time | Supervisor Responded to Scene? |
|---|---|---|---|---|
| 100 Blk. W 14th Ave | | 7/2/20 | 0010 | ☒ Yes   ☐ No |

### SUSPECT

| Suspect Name (Last, First) | | Sex | ⊕ Race | DOB | Suspect Address | | Phone |
|---|---|---|---|---|---|---|---|
| Harr, Robert | | M | W | 1990 | 1255 S Bellaire St | | (248) 935-0047 |

| ⊕ Suspected Impairment: (List) | ⊕ Disease Claimed | ⊕ Injury | ⊕ Treatment | Hospital | Amb. No./Paramedic | ⊕ Observed Behavior(s) |
|---|---|---|---|---|---|---|
| ☐ Yes   ☐ No | 01 | 13 | 27 | DHMC | #59 Devorak | (List All ) 41 |

| ⊕ Level of Resistance | ⊕ Weapon(s) Used | ⊕ How Used | Contact Supervisor | Badge | Location: | | Time |
|---|---|---|---|---|---|---|---|
| 47 | 71 | 112 | Sgt. Torgeson | 07074 | 100 Blk. W 14th Ave | | 0010 |

| Charges: | | | | DPD Case # |
|---|---|---|---|---|
| 1. Park Curfew | 2. Disobeying Order | 3. | 4. | |

### OFFICER(S) INVOLVED

| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|---|
| 17046 | Bain, Charles | | ☒ Yes ☐ No | D6/Patrol | D6/Detail 3 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 105a | 118 | Code   Make   Cal. | |
| 08060 | Mejia, Jason | | ☒ Yes ☐ No | D6/Patrol | 652F/Detail 3 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 105a | 118 | Code   Make   Cal. | |
| 00045 | May, Michael | | ☒ Yes ☐ No | D6/Patrol | 631B/Detail 3 | 10 | |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 105a | 118 | Code   Make   Cal. | |

### WITNESSES

| Name (Last, First) | | DOB | Address | | | Phone |
|---|---|---|---|---|---|---|
| Thompson, Megan | | 1993 | 1425 N Washington St Denver, CO 80203 | | | (575) 649-5674 |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? |
| | | ( ) - | Sgt. Torgeson 07074 | DDC | 0212 | ☐ Yes ☒ No |

| Name (Last, First) | | DOB | Address | | | Phone |
|---|---|---|---|---|---|---|
| Murray, Megan | | 995 | 18278 E Flora Pl Aurora, CO 81401 | | | ( ) |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? |
| | | ( ) - | Sgt. Torgeson 07074 | DDC | 0212 | ☐ Yes ☒ No |

### MISCELLANEOUS SECTION

| Detective/Section/Unit Assigned | Photos Taken Of: | Photos By: Badge | Officer Statements? | ⊕ Other Reports? |
|---|---|---|---|---|
| D-6 Investigations | ☒ Suspect ☐ Officer ☐ Property | ☐ Y-91 ☐ Other | | |
| Chemical Agent Effective | Primary Off. Assignment | More Than One Officer at Onset of Force? | | Off-Duty Incident? |
| ☒ Yes ☐ No | ☐ Solo ☒ 2-Officer | ☒ Yes ☐ No | | ☐ Yes |

### RACE
- W White
- H Hispanic
- B Black
- I American Indian
- A Asian/Pac Island
- U Unknown

### DISEASES
- 01 None/Unknown
- 02 Hepatitis
- 03 HIV/AIDS
- 04 Skin Diseases (Open Sores)
- 05 Sexually Transmitted Diseases
- 06 Body Parasites
- 07 TB-Tuberculosis
- 08 Other (Specify)

### INJURY
- 10 No Injury
- 11 Injured prior to arrest
- 12 Injury not related to use of force
- 13 Bruise/Abrasion
- 14 Sprain
- 15 Laceration
- 16 Bite
- 17 Puncture
- 18 Broken Bone
- 19 Internal Injury
- 20 Gunshot Wound
- 21 Death
- 22 Other (Specify)

### TREATMENT
- 25 None
- 26 Refused
- 27 Paramedic/Fire (at scene)
- 28 Hospital
- 29 Private Physician

### SUSPECTED IMPAIRMENT
- 30 Alcohol
- 31 Toxic Vapors
- 32 Cocaine / Crack
- 33 Hallucinogen
- 34 Mental Illness
- 35 Marijuana
- 36 Meth
- 37 Heroin
- 38 Other/Unknown

### OBSERVED BEHAVIOR
- 40 Calm
- 41 Visibly Upset
- 42 Erratic
- 43 Highly Agitated
- 44 Mental Illness

### LEVEL OF RESISTANCE
- 50 No Resistance
- 45 Psychological Intimidation
- 46 Verbal Non-Compliance
- 51 Passive Resistance
- 47 Defensive Resistance
- 48 Active Aggression
- 49 Aggr. Active Aggression
- 52 Combative After Custody
- 53 Foot Pursuit
- 54 Vehicle Pursuit
- 55 Attempted to Flee/Escape

- 56 Assaulted Officer

### LEVEL OF FORCE
- 60 Witness officer only
- 61 No force used - officer injured
- 62 No force used but suspect complained of injury
- 63 Minimal physical contact - officer(s) injured
- 64 Minimal force used to guide/ control suspect
- 65 Suspect resisted arrest and was Forcibly subdued (hands only)
- 66 Suspect resisted arrest and force other than hands was used
- 67 Police Involved Shooting
- 68 Pointed firearm

### WEAPON USED (SUBJECT)
- 70 None
- 71 Hands/Arms
- 72 Fist
- 73 Feet/Leg
- 74 Teeth
- 75 Blunt Inst.
- 76 Cutting Inst.
- 77 Rock/Bottle
- 78 Handgun
  - a. Revolver
  - b. Semi-Auto
- 79 Rifle
- 80 Shotgun
- 81 Vehicle
- 82 Other (Specify)

### DISCHARGE (OFFICER)
- 85 Accidental
- 86 Humane
- 87 Deliberate

### TYPE OF FORCE (OFFICER)
- 90 None
- 91 Hands/Arms
  - a. Twist Lock
  - b. Rear wrist lk
  - c. Take Down
- 92 Fist
- 93 Feet/Leg
- 94 Handcuffs
- 95 RIPP
- 97 Police Dog
- 98 Police Baton
- 100 Handgun
  - a. Revolver
  - b. Semi Auto
- 101 Shotgun
- 102 Chemical Agent
- 103 Special Weapon
- 104 Other (specify)
- 105 Less Lethal
  - a. CEW/TASER
  - b. PepperBall
  - c. 40mm
- 106 OPN
- 108 PIT

### HOW USED
- 110 Threatened
- 111 Restrain
- 112 Grab/Hold
- 113 Push/Pull
- 114 Strike/Hit
- 115 Bite
- 116 Throw
- 117 Slash
- 118 Discharge
- 119 Thrust/Kick
- 120 Other(Specify)

### OTHER REPORTS
- 130 After Action
- 131 Offense Rept.
- 132 Accident Rept.
- 133 US&C
- 134 Dom Viol Sum
- 135 Vehicular Pursuit Report
- 136 Mental Health Hold
- 137 Other(Specify)

## DENVER POLICE DEPARTMENT
### USE OF FORCE REPORT

**IAB UOF#**

⊕ = Requires Code from Table Below

### INCIDENT

| DPD CAD # 20-401022 | Call Type 1 | | Call Class Park Curfew | | District 6 | Precinct 611 |
|---|---|---|---|---|---|---|

Address/Location of Incident: 100 Blk. W 14th Ave

| Date | Time | Supervisor Responded to Scene? |
|---|---|---|
| 7/2/20 | 0010 | ☒ Yes   ☐ No |

### SUSPECT

| Suspect Name (Last, First) | Sex | ⊕ Race | DOB | Suspect Address | Phone |
|---|---|---|---|---|---|
| Unknown Suspects | | | | | ( ) - |

| ⊕ Suspected Impairment: (List) | ⊕ Disease Claimed | ⊕ Injury | ⊕ Treatment | Hospital | Amb. No./Paramedic | ⊕ Observed Behavior(s) (List All ) |
|---|---|---|---|---|---|---|
| ☐ Yes  ☐ No | | | | | | |

| ⊕ Level of Resistance | ⊕ Weapon(s) Used | ⊕ How Used | Contact Supervisor | Badge | Location: | Time |
|---|---|---|---|---|---|---|
| 47, 44, 49 | 71, 75, 82 | 112, 113, 114 | Sgt. Torgeson | 07074 | 100 Blk. W 14th Ave | 0010 |

Charges:                                                           DPD Case #

| 1. Park Curfew | 2. Disobeying Order | 3. | 4. |
|---|---|---|---|

### OFFICER(S) INVOLVED

| Badge | Name (Last, First) | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|
| 05104 | Herko, Joshua | ☒ Yes ☐ No | D6/Patrol | 640A/Detail 2 | 10 | N/A |

| Hospital | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | | |
|---|---|---|---|---|---|---|---|
| N/A | N/A | 64 | 102 | 118 | Code | Make | Cal. |

| Badge | Name (Last, First) | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|
| 95013 | Gardner, Lance | ☒ Yes ☐ No | D6/Patrol | 630A | 13 | 26 |

| Hospital | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | | |
|---|---|---|---|---|---|---|---|
| N/A | N/A | 64 | 102 | 118 | Code | Make | Cal. |

| Badge | Name (Last, First) | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|
| 95042 | Saunders, Shawn | ☒ Yes ☐ No | D6/Patrol | Mall 20 | 10 | |

| Hospital | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | | |
|---|---|---|---|---|---|---|---|
| N/A | N/A | 66, 64 | 98, 102, 94 | 114, 118, 111 | Code | Make | Cal. |

### WITNESSES

| Name (Last, First) | DOB | Address | Phone |
|---|---|---|---|
| Hunsaker, Jill | 2/21/1991 | 2133 S Ash St | (929) 234-1897 |

| Business Address | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? |
|---|---|---|---|---|---|
| | ( ) - | Sgt. Torgeson 07074 | DDC | 0228 | ☒ Yes ☐ No |

| Name (Last, First) | DOB | Address | Phone |
|---|---|---|---|
| Fernandez, David | 6/13/1991 | 2842 Josephine St | (915) 472-9491 |

| Business Address | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? |
|---|---|---|---|---|---|
| | ( ) - | Sgt. Torgeson 07074 | DDC | 0231 | ☒ Yes ☐ No |

### MISCELLANEOUS SECTION

| Detective/Section/Unit Assigned | Photos Taken Of: | Photos By: Badge | Officer Statements? | ⊕ Other Reports? |
|---|---|---|---|---|
| D6 Investigations | ☐ Suspect ☒ Officer ☐ Property | ☐ Y-91 ☐ Other | | |

| Chemical Agent Effective | Primary/Off. Assignment | More Than One Officer at Onset of Force? | Off-Duty Incident? |
|---|---|---|---|
| ☒ Yes ☐ No | ☐ Solo ☒ 2-Officer | ☒ Yes ☐ No | ☐ Yes |

**RACE**
W White
H Hispanic
B Black
I American Indian
A Asian/Pac Island
U Unknown

15 Laceration
16 Bite
17 Puncture
18 Broken Bone
19 Internal Injury
20 Gunshot Wound
21 Death
22 Other (Specify)

**DISEASES**
01 None/Unknown
02 Hepatitis
03 HIV/AIDS
04 Skin Diseases (Open Sores)
05 Sexually Transmitted Diseases
06 Body Parasites
07 TB-Tuberculosis
08 Other (Specify)

**TREATMENT**
25 None
26 Refused
27 Paramedic/Fire (at scene)
28 Hospital
29 Private Physician

**SUSPECTED IMPAIRMENT**
30 Alcohol
31 Toxic Vapors
32 Cocaine / Crack
33 Hallucinogen
34 Mental Illness
35 Marijuana
36 Meth
37 Heroin
38 Other/Unknown

**INJURY**
10 No injury
11 Injured prior to arrest
12 Injury not related to use of force
13 Bruise/Abrasion
14 Sprain

**OBSERVED BEHAVIOR**
40 Calm
41 Visibly Upset
42 Erratic
43 Highly Agitated
44 Mental Illness

**LEVEL OF RESISTANCE**
50 No Resistance
45 Psychological Intimidation
46 Verbal Non-Compliance
51 Passive Resistance
47 Defensive Resistance
48 Active Aggression
49 Aggr. Active Aggression
52 Combative After Custody
53 Foot Pursuit
54 Vehicle Pursuit
55 Attempted to Flee/Escape

56 Assaulted Officer

**LEVEL OF FORCE**
60 Witness officer only
61 No force used - officer injured
62 No force used but suspect complained of injury
63 Minimal physical contact - officer(s) injured
64 Minimal force used to guide/control suspect
65 Suspect resisted arrest and was Forcibly subdued (hands only)
66 Suspect resisted arrest and force other than hands was used
67 Police Involved Shooting
68 Pointed firearm

**WEAPON USED (SUBJECT)**
70 None
71 Hands/Arms
72 Fist
73 Feet/Leg
74 Teeth
75 Blunt Inst.
76 Cutting Inst.
77 Rock/Bottle
78 Handgun
  a. Revolver
  b. Semi-Auto
79 Rifle
80 Shotgun
81 Vehicle
82 Other (Specify)

**DISCHARGE (OFFICER)**
85 Accidental
86 Humane
87 Deliberate

**TYPE OF FORCE (OFFICER)**
90 None
91 Hands/Arms
  a. Twist Lock
  b. Rear wrist lk
  c. Take Down
92 Fist
93 Feet/Leg
94 Handcuffs
95 RIPP
97 Police Dog
98 Police Baton
100 Handgun
  a. Revolver
  b. Semi Auto
101 Shotgun
102 Chemical Agent
103 Special Weapon
104 Other (specify)
105 Less Lethal
  a. CEW/TASER
  b. PepperBall
  c. 40mm
106 OPN
108 PIT

**HOW USED**
110 Threatened
111 Restrain
112 Grab/Hold
113 Push/Pull
114 Strike/Hit
115 Bite
116 Throw
117 Slash
118 Discharge
119 Thrust/Kick
120 Other(Specify)

**OTHER REPORTS**
130 After Action
131 Offense Rept.
132 Accident Rept.
133 US&C
134 Dom Viol Sum
135 Vehicular Pursuit Report
136 Mental Health Hold
137 Other(Specify)

DPD 12 (Rev. 06/20)                Original - IAB                Copy – Division Commander/Chief                Copy – Deputy Chief

2/5

**EXHIBIT D**

## DENVER POLICE DEPARTMENT | IAB UOF# | | ⊕ = Requires Code from Table Below
## USE OF FORCE REPORT

### INCIDENT

| DPD CAD # 20-401022 | | Call Type I | | Cell Class Park Curfew | | District 6 | Precinct 611 |
|---|---|---|---|---|---|---|---|
| Address/Location of Incident | | | | Date | Time | Supervisor Responded to Scene? | |
| 100 Blk. W 14th Ave | | | | 7/2/20 | 0010 | ☒ Yes | ☐ No |

### SUSPECT

| Suspect Name (Last, First) | | | Sex | ⊕ Race | DOB | Suspect Address | | | Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unknown Suspects | | | | | | | | | ( ) - | |

| ⊕ Suspected Impairment: (List) | ⊕ Disease Claimed | ⊕ Injury | ⊕ Treatment | Hospital | Amb. No./Paramedic | ⊕ Observed Behavior(s) |
|---|---|---|---|---|---|---|
| ☐ Yes  ☐ No | | | | | | (List All ) |

| ⊕ Level of Resistance | ⊕ Weapon(s) Used | ⊕ How Used | Contact Supervisor | Badge | Location: | | Time |
|---|---|---|---|---|---|---|---|
| 47, 48, 49 | 71, 75, 82 | 112, 113, 116 | Sgt. Torgeson | 07074 | 100 Blk. W 14th Ave | | 0010 |
| Charges: | | | | | | DPD Case # | |

| 1. Park Curfew | 2. Disobeying Order | 3. | 4. |
|---|---|---|---|

### OFFICER(S) INVOLVED

| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|---|
| 16060 | Nedblock, Jeffery | | ☒ Yes ☐ No | D6/Patrol | 632F/Detail 2 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 102, 98 | 118, 113 | Code | Make | Cal. |
| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
| 98049 | Berger, Jeff | | ☒ Yes ☐ No | D6/Patrol | 650A | 13 | 26 |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 102 | 118 | Code | Make | Cal. |
| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
| 14056 | Burkin, Jackson | | ☒ Yes ☐ No | D6/Patrol | Mall 24 | 15 | 28 |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| DHMC | | #59 Dvorak | 66 | 98 | 114 | Code | Make | Cal. |

### WITNESSES

| Name (Last, First) | | DOB | Address | | | Phone | |
|---|---|---|---|---|---|---|---|
| | | / / | | | | ( ) - | |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | | Time | Statement? |
| | | ( ) - | | | | | ☐ Yes ☐ No |
| Name (Last, First) | | DOB | Address | | | Phone | |
| | | / / | | | | ( ) - | |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | | Time | Statement? |
| | | ( ) - | | | | | ☐ Yes ☐ No |

### MISCELLANEOUS SECTION

| Detective/Section/Unit Assigned | Photos Taken Of: | | Photos By: Badge | Officer Statements? | ⊕ Other Reports? |
|---|---|---|---|---|---|
| | ☐ Suspect ☐ Officer ☐ Property | | ☐ Y-91 ☐ Other | | |
| Chemical Agent Effective | Primary Off. Assignment | | More Than One Officer at Onset of Force? | | Off-Duty Incident? |
| ☒ Yes ☐ No | ☐ Solo ☒ 2-Officer | | ☒ Yes ☐ No | | ☐ Yes |

**RACE**
W  White
H  Hispanic
B  Black
I  American Indian
A  Asian/Pac Island
U  Unknown

**DISEASES**
01  None/Unknown
02  Hepatitis
03  HIV/AIDS
04  Skin Diseases (Open Sores)
05  Sexually Transmitted Diseases
06  Body Parasites
07  TB-Tuberculosis
08  Other (Specify)

**INJURY**
10  No Injury
11  Injured prior to arrest
12  Injury not related to use of force
13  Bruise/Abrasion
14  Sprain
15  Laceration
16  Bite
17  Puncture
18  Broken Bone
19  Internal Injury
20  Gunshot Wound
21  Death
22  Other (Specify)

**TREATMENT**
25  None
26  Refused
27  Paramedic/Fire (at scene)
28  Hospital
29  Private Physician

**SUSPECTED IMPAIRMENT**
30  Alcohol
31  Toxic Vapors
32  Cocaine / Crack
33  Hallucinogen
34  Mental Illness
35  Marijuana
36  Meth
37  Heroin
38  Other/Unknown

**OBSERVED BEHAVIOR**
40  Calm
41  Visibly Upset
42  Erratic
43  Highly Agitated
44  Mental Illness

**LEVEL OF RESISTANCE**
50  No Resistance
45  Psychological Intimidation
46  Verbal Non-Compliance
51  Passive Resistance
47  Defensive Resistance
48  Active Aggression
49  Aggr. Active Aggression
52  Combative After Custody
53  Foot Pursuit
54  Vehicle Pursuit
55  Attempted to Flee/Escape
56  Assaulted Officer

**LEVEL OF FORCE**
60  Witness officer only
61  No force used - officer injured
62  No force used but suspect complained of injury
63  Minimal physical contact - officer(s) injured
64  Minimal force used to guide/control suspect
65  Suspect resisted arrest and was Forcibly subdued (hands only)
66  Suspect resisted arrest and force other than hands was used
67  Police Involved Shooting
68  Pointed firearm

**WEAPON USED (SUBJECT)**
70  None
71  Hands/Arms
72  Fist
73  Feet/Leg
74  Teeth
75  Blunt Inst.
76  Cutting Inst.
77  Rock/Bottle
78  Handgun
    a.  Revolver
    b.  Semi-Auto
79  Rifle
80  Shotgun
81  Vehicle
82  Other (Specify)

**DISCHARGE (OFFICER)**
85  Accidental
86  Humane
87  Deliberate

**TYPE OF FORCE (OFFICER)**
90  None
91  Hands/Arms
    a.  Twist Lock
    b.  Rear wrist lk
    c.  Take Down
92  Fist
93  Feet/Leg
94  Handcuffs
95  RIPP
97  Police Dog
98  Police Baton
100  Handgun
    a.  Revolver
    b.  Semi-Auto
101  Shotgun
102  Chemical Agent
103  Special Weapon
104  Other (specify)
105  Less Lethal
    a.  CEW/TASER
    b.  PepperBall
    c.  40mm
106  OPN
108  PIT

**HOW USED**
110  Threatened
111  Restrain
112  Grab/Hold
113  Push/Pull
114  Strike/Hit
115  Bite
116  Throw
117  Slash
118  Discharge
119  Thrust/Kick
120  Other(Specify)

**OTHER REPORTS**
130  After Action
131  Offense Rept.
132  Accident Rept.
133  US&C
134  Dom Viol Sum
135  Vehicular Pursuit Report
136  Mental Health Hold
137  Other(Specify)

DPD 12 (Rev. 06/20)    Original - IAB    Copy – Division Commander/Chief    Copy – Deputy Chief    3/5

**EXHIBIT D**

| DENVER POLICE DEPARTMENT | IAB UOF# | | ⊕ = Requires Code from Table Below |
|---|---|---|---|
| **USE OF FORCE REPORT** | | | |

### INCIDENT

| DPD CAD # 20-401022 | Call Type 1 | | Call Class Park Curfew | | District 6 | Precinct 611 |
|---|---|---|---|---|---|---|
| Address/Location of Incident | | | Date | Time | Supervisor Responded to Scene? | |
| 100 Blk. W 14th Ave | | | 7/2/20 | 0010 | ☒ Yes   ☐ No | |

### SUSPECT

| Suspect Name (Last, First) | | Sex | ⊕ Race | DOB | Suspect Address | | | Phone |
|---|---|---|---|---|---|---|---|---|
| Brown, Victoria | | F | W | 12/07/1998 | 4605 E Peakview Ave Centennial, CO 80121 | | | (941) 451-9986 |

| ⊕ Suspected Impairment: (List) | ⊕ Disease Claimed | ⊕ Injury | ⊕ Treatment | Hospital | Amb. No./Paramedic | ⊕ Observed Behavior(s) |
|---|---|---|---|---|---|---|
| ☐ Yes   ☒ No | 01 | 10 | 25 | N/A | N/A | (List All ) 41, 42, 43 |

| ⊕ Level of Resistance | ⊕ Weapon(s) Used | ⊕ How Used | Contact Supervisor | Badge | Location: | | Time |
|---|---|---|---|---|---|---|---|
| 47 | 71 | 113 | Sgt. Torgeson | 07074 | 100 Blk. W 14th Ave | | 0010 |

| Charges: | | | | | DPD Case # |
|---|---|---|---|---|---|
| 1. Park Curfew | 2. Disobeying Order | 3. | 4. | | |

### OFFICER(S) INVOLVED

| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
|---|---|---|---|---|---|---|---|
| 19103 | Sampson, Ronald | | ☒ Yes ☐ No | D6/Patrol | 642S/Detail 2 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 91A | 112 | Code   Make   Cal. | |
| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
| 01052 | Quintana, Ernest | | ☒ Yes ☐ No | D6/Patrol | 642S/Detail 2 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 64 | 91 | 112 | Code   Make   Cal. | |
| Badge | Name (Last, First) | | BWC | District/Division | Assignment/Section | ⊕ Injury | ⊕ Treatment |
| 08049 | Paulson, Adam | | ☒ Yes ☐ No | D6/Patrol | Mall 23 | 10 | N/A |
| Hospital | | Amb. No./Paramedic | ⊕ Level of Force | ⊕ Type of Force | ⊕ How Used | ⊕ Discharge/Weapon Data | |
| N/A | | N/A | 61 | 91A | 112 | Code   Make   Cal. | |

### WITNESSES

| Name (Last, First) | | DOB | Address | | | | Phone | |
|---|---|---|---|---|---|---|---|---|
| | | /  / | | | | | (    )  - | |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? | |
| | | (    )  - | | | | ☐ Yes  ☐ No | |
| Name (Last, First) | | DOB | Address | | | | Phone | |
| | | /  / | | | | | (    )  - | |
| Business Address | | Business Phone | Contact Supervisor/Badge | Location | Time | Statement? | |
| | | (    )  - | | | | ☐ Yes  ☐ No | |

### MISCELLANEOUS SECTION

| Detective/Section/Unit Assigned | Photos Taken Of: | | Photos By: Badge | Officer Statements? | ⊕ Other Reports? |
|---|---|---|---|---|---|
| D-6   Investigations | ☐ Suspect ☐ Officer ☐ Property | | ☐ Y-91 ☐ Other | | |
| Chemical Agent Effective? | Primary Off. Assignment | | More Than One Officer at Onset of Force? | | Off-Duty Incident? |
| ☒ Yes ☐ No | ☐ Solo ☒ 2-Officer | | ☒ Yes ☐ No | | ☐ Yes |

**RACE**
W   White
H   Hispanic
B   Black
I   American Indian
A   Asian/Pac Island
U   Unknown

**DISEASES**
01   None/Unknown
02   Hepatitis
03   HIV/AIDS
04   Skin Diseases (Open Sores)
05   Sexually Transmitted Diseases
06   Body Parasites
07   TB-Tuberculosis
08   Other (Specify)

**INJURY**
10   No injury
11   Injured prior to arrest
12   Injury not related to use of force
13   Bruise/Abrasion
14   Sprain
15   Laceration
16   Bite
17   Puncture
18   Broken Bone
19   Internal Injury
20   Gunshot Wound
21   Death
22   Other (Specify)

**TREATMENT**
25   None
26   Refused
27   Paramedic/Fire (at scene)
28   Hospital
29   Private Physician

**SUSPECTED IMPAIRMENT**
30   Alcohol
31   Toxic Vapors
32   Cocaine / Crack
33   Hallucinogen
34   Mental Illness
35   Marijuana
36   Meth
37   Heroin
38   Other/Unknown

**OBSERVED BEHAVIOR**
40   Calm
41   Visibly Upset
42   Erratic
43   Highly Agitated
44   Mental Illness

**LEVEL OF RESISTANCE**
45   Psychological Intimidation
46   Verbal Non-Compliance
47   Defensive Resistance
48   Active Aggression
49   Aggr. Active Aggression
50   No Resistance
51   Passive Resistance
52   Combative After Custody
53   Foot Pursuit
54   Vehicle Pursuit
55   Attempted to Flee/Escape

56   Assaulted Officer

**LEVEL OF FORCE**
60   Witness officer only
61   No force used - officer injured
62   No force used but suspect complained of injury
63   Minimal physical contact - officer(s) injured
64   Minimal force used to guide/ control suspect
65   Suspect resisted arrest and was Forcibly subdued (hands only)
66   Suspect resisted arrest and force other than hands was used
67   Police Involved Shooting
68   Pointed firearm

**WEAPON USED (SUBJECT)**
70   None
71   Hands/Arms
72   Fist
73   Feet/Leg
74   Teeth
75   Blunt Inst.
76   Cutting Inst.
77   Rock/Bottle
78   Handgun
   a.   Revolver
   b.   Semi-Auto
79   Rifle
80   Shotgun
81   Vehicle
82   Other (Specify)

**DISCHARGE (OFFICER)**
85   Accidental
86   Humane
87   Deliberate

**TYPE OF FORCE (OFFICER)**
90   None
91   Hands/Arms
   a.   Twist Lock
   b.   Rear wrist lk
   c.   Take Down
92   Fist
93   Feet/Leg
94   Handcuffs
95   RIPP
97   Police Dog
98   Police Baton
100   Handgun
   a.   Revolver
   b.   Semi Auto
101   Shotgun
102   Chemical Agent
103   Special Weapon
104   Other (specify)
105   Less Lethal
   a.   CEW/TASER
   b.   PepperBall
   c.   40mm
106   OPN
108   PIT

**HOW USED**
110   Threatened
111   Restrain
112   Grab/Hold
113   Push/Pull
114   Strike/Hit
115   Bite
116   Throw
117   Slash
118   Discharge
119   Thrust/Kick
120   Other(Specify)

**OTHER REPORTS**
130   After Action
131   Offense Rept.
132   Accident Rept.
133   US&C
134   Dom Viol Sum
135   Vehicular Pursuit Report
136   Mental Health Hold
137   Other(Specify)

DPD 12 (Rev. 06/20)          Original - IAB          Copy – Division Commander/Chief          Copy – Deputy Chief

4/5

**EXHIBIT D**

THE DENVER POLICE DEPARTMENT'S STANDARD REQUIRES THAT OFFICERS MUST USE ONLY THE AMOUNT OF FORCE REASONABLE AND NECESSARY UNDER THE TOTALITY OF THE CIRCUMSTANCES TO SAFELY ACCOMPLISH A LAWFUL PURPOSE.

NOTE: The Narrative should briefly describe how or why officer(s) contacted the subject, including a brief statement that force was used (if applicable). Individual officer statements must contain a detailed chronological account of all relevant events/actions, including but not limited to:

(1) The circumstances which initially brought the subject(s) to the attention of the officer(s);
(2) The specific behavior of the subject(s) when first observed/contacted by the officer(s);
(3) The officers' authority or mandate to act in this particular instance, and any de-escalation and/or tactical and control options utilized prior to the onset of force;
(4) The specific actions of the subject(s) that necessitated the use of force and what actions were taken by the officer(s);
(5) A specific description of all categories marked "Other" from front of form;
(6) A detailed description of any injury to the officer(s) and/or suspect(s) and an explanation of how the injury occurred;
(7) Any unusual circumstances which contributed to the incident.

If the only reportable event was an officer intentionally pointing a firearm at an individual without a discharge, no narrative or witness statements are required as part of this use of force report.

## NARRATIVE

District 6 command officers were actively monitoring #30-50 protesters setting up campsites and barricades in Civic Center Park at 101 W 14th Ave. Officers collaborated with the protesters and gained voluntary compliance to vacate the park. The protesters returned several hours later and set up campsites in violation of park curfew. Lt. Gallawa gave three PA announcements, advising protesters they were in violation of park curfew and needed to vacate with the park, or they would be charged for park curfew and disobeying a lawful order. The protesters were given approximately 39 minutes to leave the park with their belongings. The protesters failed to vacate the park, and Lt. Gallawa provided the protesters a second set of PA announcements. The protesters locked arms and refused to leave the park.

Officers attempted to arrest the suspects in the park when unknown suspect(s) discharged chemical agents and an unknown chemical from a fire extinguisher towards officers, attempted to disarm officers' batons, and assaulted officers with blunt objects which caused serious bodily injuries to Ofc. Burkin and minor injuries to Sgt. Gardner. Officers defended themselves by deploying OC foggers, pepper ball launchers, and by pushing and striking unknown suspects with batons. The force stopped the active assault on officers and dispersed most of the suspects. Six suspects unrelated to the assault to officers were arrested; chemical agents were used on Harr, who complained of minor injuries about his arms and legs from being arrested. Brown was forced to the ground and sustained no injuries.

Date Report Prepared 07/02/20          Prepared by (officer/badge#): Sgt. Torgeson 07074

_Torger  Torgeson 07074_
Supervisor's Signature/Badge #

The reporting supervisor must also complete a Supervisor's Use of Force Cover Sheet (DPD 770) - See OMS 105.03.

**EXHIBIT D**



DENVER POLICE DEPARTMENT

NARRATIVE TEXT HARDCOPY

(-)

## Narrative Text

**Type** OFFICER STATEMENT
**Subject**
**Author** P95042 - SAUNDERS, SHAWN T.
**Related Date** Jul-02-2020   :20

On 7/2/20 at about 0020 hours while working Mall 20 I was assigned to assist with clearing Civic Center Park of persons that were located in the park violating the Park Curfew law and were illegally camping. This group was in the park all day and at around 1800 hours they were advised of the illegal camping in the park and were cleared out however some decided to return.
I know that several orders were given to the occupants for over an hour with resistance from the group in the park. While we were in the park earlier I did observe that several unknown persons were in possession of chemical bear spray, gas masks and large sticks or poles that could be used as weapons and several I have observed on prior occasions that are very aggressive towards law enforcement.
As we entered the park loud speaker announcements were made to the group occupying the park to leave immediately or be subject to arrest which resulted in the group yelling profanities and threats at officers. A line was formed as officers approached the group on foot from the west moving east through the park. The group formed a line and interlocked arms in an effort to stop officers from clearing the park. At this time persons were grabbed onto and placed in custody for violating curfew and disobedience to a lawful order. This arrests agitated the crowd when I observed an unknown male discharge a fire extinguisher at officers and next to this male was a male that began deploying chemical bear agent towards officers. I then deployed chemical agent spray towards these two subjects to stop their aggression towards officers. This stopped this threat when I observed a male in a white shirt or jacket grab onto an officers baton in an attempt to disarm the officer when I used my baton and made two strikes towards the torso area of this male which was successful in stopping the attack on the officer. As the line progressed the crowd was still aggressive towards officers and rushing our line when I deployed the chemical agent spray approximately two more times to stop the crowds advancement at officers.
While near the amphitheater there was a female later identified as Victoria Brown ████ 98) was yelling and screaming at officers and refusing to get back as officers were clearing the park and the immediate area so that clean up could begin. Brown was told numerous times to get away from the area however she refused to do so and was grabbed onto to place her in custody and she actively resisted officers attempts top place her in custody and struggled with pulling her arms away as officers were struggling with her to place handcuffs on her which was causing the crowd to rush officers. Brown was placed in custody and transported to the DDC.

**EXHIBIT D**

Page 1 of 2

GO/CAD No. 20-401022

## Denver Police Department **Departamento de Policía de Denver**
## STATEMENT **DECLARACIÓN**

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Bain, Charles, E | | | Person Making Statement Is: ☒ Officer   Serial Number 17046 ☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia 1566 N Washington St | | | City Ciudad Denver | Denver | State Estado CO | 80203 |
| Residence Phone Teléfono de residencia | Business Phone Teléfono del trabajo/empresa (720) 913-2800 | | Email Address Correo electrónico Charles.bain@denvergov.org | | Date of Birth Fecha de nacimiento / 17046 | |
| Business Street Address Dirección de trabajo/ empresa 1566 N Washington St | | | City Ciudad Denver | Denver | CO | 80203 |
| Officer Taking Statement Bain | | 17046 | Date 07/02/2020 | Time 0300 | | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 1499 N Broadway St | | | Location Where Statement was Taken: Lugar donde se tomó la declaración 1566 N Washington St | | | |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

*BWC Activated*

On July 01, 2020 at approximately 2345 hours while operating car 652C in full Police Uniform and driving a fully marked Police vehicle and working partner car with Officer Parker P18058 we responded to Civic Center Park located at 1499 N Broadway St to assist with a large crowd of individuals who were trespassing in the park past curfew.

Upon arrival in the area we staged with other Officers in the 300 BLK W 14th Ave. Lieutenant Gallawa reported Officers had already advised all individuals to leave the park immediately otherwise they would be subject to arrest. A plan was formulated to move into the park as a group and advised all subjects to leave voluntarily. Officers would arrest any subjects who refused to leave.

Upon arrival at the park we observed a large group in the south end of the park. The group significantly outnumbered the Officers. Loud verbal orders were given for all subjects to leave the park. The subjects refused the commands to leave and instead formed a line of opposition toward Officers and interlocked their arms.

Multiple subjects approached Officers in an aggressive manner. They were holding objects (skateboards, umbrellas with pointed metal ends, etc.) raised in a manner as if they would use them to assault Officers at any moment.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 / 02 / 20 20
Date

0400   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

GO/CAD No. 20-401022

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

I observed some of the individuals attempt to disarm an Officer by grabbing a hold of the Officer's baton and attempting to pull the batons out of the Officer's hands.

As Officers began arresting individuals I provided cover for them and formed a perimeter around the arrest team. I then observed multiple subjects throw unknown objects at Officers. One subject threw a large metal trash can at Officers.

I then observed a subject in the crowd disperse an unknown chemical agent at Officers. A large cloud of chemical agent covered my face mask. I also felt a burning sensation as the chemical agent landed on my exposed skin.

I aimed my pepperball launcher at the ground in front of the subject dispersing the chemical agent and I discharged multiple rounds in an effort to subvert the attack.

I then assisted with crowd control as the remaining subjects left the park.

The subjects remained across the street to the south of the park for a period of time. The subjects filmed Officers and screamed obscenities at Officers. Several subjects made repeated verbal threats towards Officers.

I and the other Officers stood by as they gathered their belongings and left the area. Once all subjects left the area, we then walked back to our patrol vehicle.

No further actions were taken.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

07 / 02 / 20 20
Date

0400    ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of **1**

GO/CAD No. 2020-401022

**Denver Police Department**  **Departamento de Policía de Denver**
**STATEMENT**  **DECLARACIÓN**

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Mejia, Jason | | | Person Making Statement Is: X☐ Officer    Serial Number 08060 ☐ Witness      ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia | Business Phone Teléfono del trabajo/empresa (720)913-2800 | | Email Address Correo electrónico | | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa 1566 N Washington St. | | | City Ciudad Denver | County Condado | | State Estado CO | Zip Code Código postal 80203 |
| Officer Taking Statement | | Serial No. | Date | | Time | | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | | | Location Where Statement was Taken: Lugar donde se tomó la declaración | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On (07/01/20) at approximately 2328hrs while working car 652F I responded to a special assignment call for a protest at 1499 N. Broadway St. (Civic Center Park) in which I engaged my BWC. I was directed to stage at 14th Ave / N. Delaware St. where I donned riot gear and waited for orders. I was directed to carry a pepper ball and was given pepper ball gun (P-3). I was directed to stand behind the line and be ready to deploy the pepper ball only if necessary. I was standing on my post and observed an arrest team attempting to affect an arrest of an unknown party. I observed two groups of protesters advance aggressively toward the arrest team to interfere or physically harm the Officers. I feared for the physical safety of the Officers due to the actions of the protesters. An Officer was injured moments before from a thrown fire extinguisher.    I deployed two rounds of pepper ball at the ground in front of the advancing groups. I observed that the deployment caused the advancing groups to retreat from the Officers. That was the only time I deployed pepper ball during the incident.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

7 / 2 / 20 20
Date

03 45  ☑ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of 1

GO/CAD No. 20-401022

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) May, Mike | | Person Making Statement Is:  ☐ Officer  Serial Number 00045  ☐ Witness  ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( )   - | Business Phone Teléfono del trabajo/empresa (720)913-2800 | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa District 6 | | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| Officer Taking Statement | | Serial No. | Date 07/02/20 | | Time 0232 | Hours |
|---|---|---|---|---|---|---|

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 1499 Broadway St | Location Where Statement was Taken: Lugar donde se tomó la declaración District 6 |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 07/01/20 I was working car 631B and responded to 1499 Broadway Street, Civic Center Park as part of a field force assigned to clear protesters out of the park. I am certified as a pepperball operator, and I was assigned to carry a pepperball launcher.

As the skirmish line moved through the park, protesters refused to leave. They were screaming epithets at officers, and refusing commands to disperse. Arrest teams began to make arrests of protesters. I was directed by Mall 20 Sgt Saunders to deploy pepperballs on protesters who were interfering with officers making arrests. The protesters were attempting to pull the arrestees back into the crowd. I targeted specific individuals in the crowd who were interfering with officers making arrests and pushing officers. I also deployed pepperballs onto the ground in front of the protesters to get them to disperse.

As the skirmish line continued through the park, protesters began to spray officers with bear spray and fire extinguishers. I was directed by 630A Sgt Gardner to deploy pepperballs in front of the crowd to get them to disperse if they continued to throw items or spray us. One protester also hurled a trash can towards us, almost hitting Sgt Gardner and I, so I deployed pepperballs at him to move him back.

We moved through the park onto 14th Avenue to get the protesters out of the park. Once again officers on the skirmish line went to arrest a protester, and other protesters attempted to prevent the arrest by trying to pull the arrestee back into the crowd. I deployed pepperballs at these individuals so that officers could make the arrest.

When deploying the pepperballs at specific individuals, I only aimed at approved target zones, to include the lower center mass and the legs. Otherwise I deployed the pepperballs at the ground near protesters to get them to disperse.

I remained on the skirmish line, first on the south side of 14th Avenue, and then on the south side of Civic Center Park until we were released by Lt Gallaway.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

07 / 02 / 20 20
Date

0355   ☒ a.m. ☐ p.m.
Time Statement Completed

00045

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of **2**

GO/CAD No. 20-401022

**Denver Police Department**   **Departamento de Policía de Denver**
**STATEMENT**   **DECLARACIÓN**

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Herko, Joshua P. | | Person Making Statement Is: ☒ Officer   Serial Number 05104 ☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( )   - | Business Phone Teléfono del trabajo/empresa (720)913-2807 | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa 1366 N WASHINGTON ST . | | City Ciudad DENVER | County Condado DENVER | State Estado CO | Zip Code Código postal 80204 |
| Officer Taking Statement | Serial No. | Date | | Time | Hours |

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: Civic Center Park (100 Block W. 14ᵗʰ Ave.) | Location Where Statement Was Taken: Lugar donde se tomó la declaración District 6 |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 07-01-2020 At approximately 2323 Hours, while working as 640A, I responded to Civic Center Park with Lt. Gallawa to give verbal advisements to a group of persons occupying a portion of the park. As we arrived at the park, we were immediately met with yelling and chants of "Fuck you." Lt. Gallawa gave 3 advisements over the PA system advising the group that they were in violation of park curfew, and to vacate the park or be subject to arrest. The group continued to yell obscenities at us, and it appeared none of them were heeding the warning. As we drove by the group Lt. Gallawa then yelled to the group to please leave.

After mobilizing a field force to address the group, we headed into the park and additional verbal advisements were given over a PA system to leave as they were in violation of Park Curfew. The group of persons were not leaving and formed a line where they interlocked their arms. It was clear they did not have any intention on leaving the park. Our field force line approached the group and went hands on to arrest those individuals for the park curfew violation as well as disobedience to a lawful order. Officers who went hands on were met with immediate defensive resistance and persons within the group were trying to pull others from the grips of officers. Not long after going hands-on, someone within the group began spraying some type of chemical at officers consistent with a fire extinguisher. I yelled at the group to leave or we would deploy gas. The effects of the chemical being sprayed at officers clouded a large area making it very difficult to see persons in the group. This created an extreme officer safety risk. The person spraying the chemical at officers continued to do so at which time I deployed my OC fogger on that individual. During this time, I also observed a shirtless black male with camouflaged pants take a fighting stance. This male would later be observed arming himself with a large traffic cone and issuing multiple threats to shoot and kill officers. At one point I asked this male if he was threatening officers and he said yes.

The group began to exit the park and ended up standing in the middle of 14ᵗʰ Ave.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

07 , 02 / 20 20
Date

3'17   ☒ a.m. ☐ p.m.
Time Statement Completed

_____ 05104
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

GO/CAD No. 20-401022

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

We ordered the group on to the sidewalk and used the field force line to move them from the street. Officers just advanced on the group but did not have to go hands-on to get them to move onto the sidewalk.

We monitored this group and kept them from entering the park until they eventually left in vehicles. In addition, the groups tents were removed from the park.

After the group had left the area, we were released from the area by Lt. Gallawa. I had another officer take pictures of me as I had been sprayed with the fire extinguisher and I uploaded those photos to AXON Capture. My BWC was activated throughout the course of this incident. I did deactivate it once to speak with Sgt. Saunders regarding our ongoing tactics.

I completed this statement and took no further action in this incident.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

0 7 / 0 2 / 20
Date

3 : 1 7   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page 1 of 2 | 14                                                   GO/CAD No. 20-401022

**Denver Police Department   Departamento de Policía de Denver**
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Gardner, Lance | | | Person Making Statement Is: ☒ Officer   Serial Number 95013 ☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia (   )    - | Business Phone Teléfono del trabajo/empresa (720)913-2839 | | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa 1566 N. Washington St.  District Six | | | City Ciudad Denver | County Condado Denver | State Estado CO | Zip Code Código postal 80204 |
| Officer Taking Statement | | Serial No. | Date 07-01-20 | | Time 0215 | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: Civic Center Park | | | Location Where Statement was Taken: Lugar donde se tomó la declaración District Six | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

   BWC activated

On 07-01-20 at approximately 2320hrs while working 630A, I responded to W.14th Avenue and Delaware St. While at this location, I grouped up with several other officers from District Six and 6200 Lt. Gallawa. We were going to enforce park curfew at Civic Center Park. Lt. Gallawa had given several advisements to leave the park about 15 minutes prior. As a field force, we walked to the area of the park that was occupied. Lt. Gallawa gave several more commands to leave the park or be arrested. The crowd was not cooperative and refused to leave. They stood defiant arm in arm and refused all requests to leave the park. As officers advanced and tried to motivate the parties to leave, they began to physically resist and fight with officers. At this time officers decided to arrest the aggressors. As officers tries to make arrests, someone from the crowd began dispersing some type of white colored chemical at officers. Parties in the crowd also began throwing object (traffic cones, a trash can etc.) at officers.

   I was struck in the right arm by an object thrown from the crowd which caused pain. I was also sprayed with some unknown substance on my right arm causing pain and irritation. I deployed my OC fogger at who I believe was throwing objects. When I did this, it appeared to me that some members of the crowd advance on our line. I deployed my OC fogger on these parties.

   We then pushed the crowd out of the park. They occupied 14th Avenue for several minutes before we pushed them up onto the sidewalk out of traffic. After several minutes of a stand off with the crowd, they left the area on foot and in several vehicles.

   I then came back to District Six to complete this statement.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____07__/_____02___/ 2020_____
      Date

_____0330_____ ☒ a.m. ☐ p.m.        _____ 95013
Time Statement Completed                    Signature of Person Making Statement
                                            Firma de la persona que hace la declaración

**EXHIBIT D**

Page 1 of **2**

GO/CAD No. 20-401022

**Denver Police Department** **Departamento de Policía de Denver**
**STATEMENT** **DECLARACIÓN**

Name (Last, First, Middle Initial)
Nombre (apellido, nombre, inicial del segundo nombre)
QUINTANA, ERNEST

Person Making Statement Is:
☐ Officer      Serial Number: 0K52
☐ Witness      ☐ Person Advised/Victim

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|

| Residence Phone / Teléfono de residencia | Business Phone / Teléfono del trabajo/empresa 720.913.2800 | Email Address / Correo electrónico | Date of Birth / Fecha de nacimiento / |
|---|---|---|---|

| Business Street Address / Dirección de trabajo/ empresa D·6 | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|

Concerning an Incident occurring at:
En referencia a un incidente que ocurrió en:
1499 N BROADWAY ST

Location Where Statement was Taken:
Lugar donde se tomó la declaración
D·6

**Summary of Statement** (Continued)
**Resumen de la declaración** (Continuación)

ON 070220, AT ABOUT 1210 HOURS, WHILE WORKING CAR 6425, I RESPONDED TO CIVIC CENTER PARK TO COVER ON SEVERAL PARTIES TRESPASSING IN THE PARK. THIS WAS DONE UNDER THE SUPERVISION OF LT. GALLAWA. I WAS ASSIGNED TO THE FRONT ROW OF THE SKIRMISH LINE. WHILE MOVING FORWARD THROUGH THE PARK, AN UNKNOWN PARTY STARTED SPRAYING A FIRE EXTINGUISHER AT OFFICERS. I WAS COMPLETELY SPRAYED FROM HEAD TO TOE. A MALE, WHO IDENTIFIED HIMSELF AS A "MEDIC" REFUSED TO LEAVE THE PARK AFTER SEVERAL VERBAL WARNINGS, WAS EVENTUALLY OBSERVED PULLING UNKNOWN ITEMS FROM HIS BACKPACK. I THEN PULLED THE PARTY AWAY FROM HIS BAG AND HANDED HIM OFF TO THE ARREST TEAM. NO OTHER FORCE WAS USED ON THE MALE. I THEN STOOD ON THE SKIRMISH LINE UNTIL ALL PARTIES LEFT THE AREA. BWC WAS ACTIVATED DURING THE ENTIRE INCIDENT.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. *He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 / 02 / 20 20
Date

210   ☒ a.m. / ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of 2

GO/CAD No. 20-401022

### Denver Police Department — Departamento de Policía de Denver
### STATEMENT — DECLARACIÓN

| Name (Last, First, Middle Initial) / Nombre (apellido, nombre, inicial del segundo nombre) | Person Making Statement Is: |
|---|---|
| Sampson, Ronald B | ☒ Officer   Serial Number: 19103 <br> ☐ Witness   ☐ Person Advised/Victim |

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| 1566 N Washington St | Denver | Denver | CO | 80203 |

| Residence Phone / Teléfono de residencia | Business Phone / Teléfono del trabajo/empresa | Email Address / Correo electrónico | Date of Birth / Fecha de nacimiento / |
|---|---|---|---|
| | | | |

| Business Street Address / Dirección de trabajo/ empresa | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| | | | | |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| Officer Sampson | 19103 | 07-02-20 | 0152 hrs | |

| Concerning an Incident occurring at: / En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: / Lugar donde se tomó la declaración |
|---|---|
| Civic Center Park | D6 |

**Summary of Statement (Continued)** / **Resumen de la declaración (Continuación)**   BWC Active.

On 07-02-20 at approximately 0011 hours, while working car 6425, I was dispatched to 14th Ave/Delaware St on a Special assignment call.

Upon arrival, I contacted Lieutenant Gallawa who was in charge of the special assignment that was to occur at Civic Center Park. The assignment was to clear the park of any trespassers who were in violation of park curfew. After gearing up with my gas mask and ballistic helmet, we marched as a team to Civic center park from 14th Ave/Delaware St. Once we got to 14th Ave/Bannock St we formed a scrimmage line and slowly and methodically made our way onto the park grounds. We then proceeded towards a group of about 30-40 trespassers who were in violation of park curfew and were asked several times by Lieutenant Gallawa to leave the park or else they would be placed under arrest.

As we began to push the crowd off of the park grounds, I was

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* *He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____/_____/ 20_____
Date

_____  ☐ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of **2**

GO/CAD No. 20-401022

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| | |
|---|---|
| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br>Neblock, Jeffrey P. | Person Making Statement Is:<br>☐ Officer   Serial Number P16060<br>☐ Witness   ☐ Person Advised/Victim |

| Residence Street Address<br>Dirección de residencia<br>1566 N. Washington St. | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver | State<br>Estado<br>CO | Zip Code<br>Código postal<br>80202 |
|---|---|---|---|---|---|
| Residence Phone<br>Teléfono de residencia<br>(720)913-2800 | Business Phone<br>Teléfono del trabajo/empresa<br>(   )   - | Email Address<br>Correo electrónico<br>Jeffrey.neblock@denvergov.org | | Date of Birth<br>Fecha de nacimiento /<br>P16060 | |
| Business Street Address<br>Dirección de trabajo/ empresa | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |

| Officer Taking Statement<br>J. Neblock | Serial No.<br>P16060 | Date<br>07-02-2020 | Time<br>0253 | Hours |
|---|---|---|---|---|
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br>1499 N. Broadway St. | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>1566 N. Washington St. | | |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

\*BWC ACTIVATED\*

On 07-02-2020, at approximately 0011 hours, while working car 632F in a fully marked police vehicle in full police uniform, I (Ofc. Neblock / P16060) responded to the listed location on special assignment for multiple parties violating park curfew and disobeying a lawful order to leave the park. Upon arrival on scene, I formed a skirmish line with other officers, and, at supervisor commands, we moved into the park. I was on the north end of the skirmish line near a tent with open sides sent up in the park with tables underneath and items and parties inside.

Multiple parties were loudly yelling at officers as the line progressed, and I gave multiple loud verbal commands for the parties to disperse from the area. As the line was moved forward, multiple parties (primarily one holding an umbrella and one holding a skateboard) were pushing against officers aggressively. The white male holding a black umbrella with a metal point towards officers used the umbrella as a shield and appeared to push it forward towards myself and other officers. I used my extended baton to push back the male with the umbrella to repel him from advancing. I issued loud, verbal commands for this male to "back up" and "move back" .

As the line moved forward again, the male holding a brown wood colored skateboard wearing a black hat, white shirt, and dark colored pants was also using the skateboard as a shield. As this male was holding the skateboard high around the level of his shoulders, I was concerned about the potential of him using it as a weapon, which easily could cause SBI or death. I also used my extended baton to push back this male while issuing orders for him to "put that skateboard down" to repel him from advancing or potentially assaulting myself or other officers.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

0 7 / 0 2 / 20 2 0
Date

0 3 5 1   ☒ a.m. ☐ p.m.
Time Statement Completed

_____   P16060
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

A moment later, an unknown party inside of the tent sprayed a white colored unknown chemical substance towards officers. A cloud of the unknown chemical substance covered my body and my face. I retrieved an OC fogger that I had in the pocket on my right side and held it at the ready at that time. Next to me was an unknown Corporal or Sergeant that pointed into the tent to indicate to deploy the OC. I was actively being assaulted by means of the unknown chemical substance, and I could see objects being thrown in the air as weapons. Fearing further assault or escalation of violence, I deployed the OC fogger into the tent in the area in which the spray of unknown chemicals appeared to be coming from and moved the crowd around officers back. As I was deploying the OC fogger, an unknown party moved out from the tent and continued to spray the substance on officers, including myself.

The unknown chemical substance covered my body, mask, uniform, and exposed skin. As the substance got onto my exposed skin, it causing a strong burning sensation.

I assisted with the arrest of an unknown female party that was left standing near the tent. After numerous additional verbal commands to vacate the area from myself and other officers, I assisted another officer taking her into custody and walking her to a police vehicle where she was handcuffed by other officers.

I stayed on the line until orders were given to break down the line.

Sgt. Herko was advised on scene of the exposure to the unknown substance.

Afterwards, a photograph was taken of the white colored unknown powdery substance covering my uniform, gear, and skin, and it was also documented on BWC. Several hours later, while completing this statement, my arms and skin continued to burn and hurt from the unknown substance.

No further incident to report at this time.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

0 7 / 0 2 / 20 7.0
Date

0 3 3 1        ☒ a.m. ☐ p.m.
Time Statement Completed

_____ P16060
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page 1 of 2 ~~2~~ ~~1~~ *B 98099*

GO/CAD No. 20-401022

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>J. Berger | | | Person Making Statement Is:<br><br>X Officer  Serial Number p98049<br>☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia<br><br>Dist. 6 | | | City<br>Ciudad | County<br>Condado | | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br><br>(    )     - | Business Phone<br>Teléfono del trabajo/empresa<br><br>(    )     - | | Email Address<br>Correo electrónico | | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa | | | City<br>Ciudad | County<br>Condado | | State<br>Estado | Zip Code<br>Código postal |
| Officer Taking Statement | | Serial No. | Date | | Time | | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br><br>1499 N Broadway St. | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1566 N Washington St. | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

**** BWC Footage available****

On 07-02-20 R/O was working as acting sergeant 650A, at approximately 0010hrs I responded to W 14th Ave and Delaware St. to assist with a special assignment designed to enforce park curfew at 1499 N Broadway. I was wearing a standard issue Denver Police officer uniform. I gathered with several other officers in the two hundred block of W 14th Ave where I received instructions from the IC ( Lt. Gallawa) to don my helmet and gas mask. I was informed that there were several dozen parties in the park that were refusing to leave. Several other officers and I walked East on W 14th Ave from Delaware St up to Civic Center Park. Once inside of the park officers were met by a very hostile crowd of approximately 50 or more people. Parties in the crowd were yelling "fuck the police" and several other rude and inflammatory remarks. Several people in the crowd were using open umbrellas as shields while others were using skateboards. As officers approached a temporary structure on the South side of the park, one of the suspects deployed what appeared to be a chemical based fire extinguisher at the officers. The chemical mist from the fire extinguisher made it extremely difficult to see and several moments of chaos ensued. At one point several officers were attempting to effect an arrest on one of the suspects when several unknown parties ran at the officers in an aggressive manner to interfere with the arrest and possibly cause serious bodily injury to the officers. I diverted the suspects by deploying a Denver Police Department issued OC fogger at several unknown parties. The suspects reacted to the mace by running away.

I continue to inform several unknown parties that the park was closed and that if they remained inside of the park they would be in violation of park curfew laws. I remained in the area for several more minutes, but no additional incidents occurred.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

0 7 / 02 / 20 20
Date

0250  ☒ a.m. ☐ p.m.
Time Statement Completed

_____  98049
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Case 1:20-cv-01616-RBJ  Document 48-4  Filed 12/15/20  USDC Colorado  Page 22 of 27

Page **1** of **2**

GO/CAD No. 20-401022

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Miller, Kristin | | Person Making Statement Is: ☒ Officer   Serial Number P15075 ☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( )  - | Business Phone Teléfono del trabajo/empresa (720)913-2800 | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | | |
| Business Street Address Dirección de trabajo/ empresa 1566 N Washington St | | City Ciudad Denver | County Condado Denver | State Estado CO | | Zip Code Código postal 80203 |

| Officer Taking Statement Miller, Kristin | Serial No. P15075 | Date 07/02/2020 | Time 0325 | Hours |
|---|---|---|---|---|

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 101 W 14th Ave | Location Where Statement was Taken: Lugar donde se tomó la declaración 1566 N Washington St |
|---|---|

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

On 07/02/20 at approximately 0000 hours while working car 661S with R/O Kambic (P19084), we responded to the 1400 blk of N Delaware St to assist with a large group of parties protesting and illegally camping in Civic Center Park, 101 W 14th Ave.

Upon arrival I was instructed to be a part of an arrest team in the event parties were taken into custody. We approached the group on foot and I activated by BWC as we walked EB on W 14th Ave, first stopping just E of N Bannock St across from the Denver Public Library and the Denver Art Museum. I observed a large group of people lined up horizontally across the lawn into the park, linking arms and refusing to move out of the park which had closed at 2300 hours.

Many of the parties were becoming very agitated with officers, yelling loudly and chanting things like "hold the line," refusing to move or getting up into officers' faces. After multiple commands from officers to get back and leave the area to avoid being arrested, orders were given to deploy less lethal munitions to disperse the crowd. I did not disperse any less lethal tool.

A few minutes later, I observed an arrest team taking a male party into custody. I formed a circle with other officers to protect the other arresting officers, and once the party was safely handcuffed I assisted in walking him to a patrol vehicle by holding onto his L arm.

I then was asked to assist an arrest team with a female they had in custody. The female, Victoria Brown (12/07/98), was yelling to officers that she had previously been raped and that as a sexual assault survivor, she did not want to be touched. I observed her laying on the ground, screaming and wiggling from side to side on the ground and refusing to let male officers touch her. She then refused to comply with officers' commands to walk to the patrol vehicle, instead displaying passive resistance, trying to go limp and bending at the knees to make it harder for officers to escort her to the patrol car. I then placed my department issued Orcutt Police Nunchucku (OPN's) around her L elbow, as both a tool to gain pain compliance as well as a come-along technique to safely walk her. Officers placed her in the back seat of the car without further incident.

I then returned to the area where protesters continued to scream at and record officers, and it appeared the group was getting even angrier. After standing on the line for several minutes, I was asked by an unknown officer to assist with transporting a male who was in custody sitting underneath a tree and being monitored by Ofc. Anthony and Ofc. Long.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 P 2 / 20 20
Date

525
Time Statement Completed   ☒ a.m. ☐ p.m.

Signature of Person Making Statement
Firma de la persona que hace la declaración

**EXHIBIT D**

Page 1 of 2                                                                GO/CAD No. 20-401022

## Denver Police Department **Departamento de Policía de Denver**
## STATEMENT **DECLARACIÓN**

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Kambic, Cory, H | | | Person Making Statement Is:<br><br>☒ Officer      Serial Number P19082<br>☐ Witness      ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br>(    )    - | Business Phone<br>Teléfono del trabajo/empresa<br>(720)913-2800 | | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br><br>1566 N Washington St | | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver | State<br>Estado<br>CO | Zip Code<br>Código postal<br>80203 |
| Officer Taking Statement<br><br>C. Kambic | | Serial No.<br>P19082 | Date<br><br>07/02/2020 | | Time<br>0447 | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br><br>101 W 14th Ave | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1566 N Washington St | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 07/02/2020 at approximately 0000 hours, while working car 661S, I responded to the report of officers needing help with a protest event at 101 W 14th Ave, Civic Center Park.

Upon arrival, I was assigned to an arrest team to accompany the skirmish line through the park in order to enforce park curfew. Once the line came into contact with the first group of protesters, an announcement was made over a police vehicle loud speaker ordering all individuals out of the park in order to avoid arrest. The group did not obey the order and began to yell at officers, including a few individuals who refused to move out of the area.

Once the group was contacted, several unknown individuals began to throw objects at police. I witnessed a trash can being thrown towards officers, a skateboard being swung at another officer, and a fire extinguisher being discharged towards officers.

I then assisted with the arrest of Brown, Victoria (     1998), who continued to resist after being placed in handcuffs. I assisted Brown from a prone position to a standing position and began to escort her to a police vehicle. While escorting Brown to the car, she repeatedly pulled her legs up and refused to walk on her own. I was forced to support Brown's body weight by her arms and carry her part of the way to the car. After placing Brown in a police vehicle, I returned to the line, but was informed that another arrestee needed to be transported to DDC.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 / 02 / 20 20
Date

0528   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page **1** of **2**

GO/CAD No. 20-401022

**Denver Police Department   Departamento de Policía de Denver**
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Zahradnik, Joseph | | | Person Making Statement Is:<br>☐ Officer  Serial Number 17038<br>☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal | |
| Residence Phone<br>Teléfono de residencia<br>(   )   - | Business Phone<br>Teléfono del trabajo/empresa<br>(720)913-2800 | | 913 | | Date of Birth<br>Fecha de nacimiento / | | |
| Business Street Address<br>Dirección de trabajo/ empresa<br>1566 N Washington St | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal | |
| Officer Taking Statement | | Serial No. | Date | | Time | | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br>1499 N Broadway | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>D6 | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

BWC activated

On 07-02-20 at approximately 0010hrs while working 679A I responded to Civic Center Park for parties in violation of curfew and disobeying a lawful order to disperse. This was done at the direction of Lt. Gallawa. I was assigned to a skirmish line and while moving forward through the park to remove the subjects, other officers attempted to arrest a subject and began to pull the subject behind our skirmish line. At this time an unknown subject began to spray officers with a fire extinguisher which partially blinded me, and I was covered with a white substance. As this happened the officers pulled the subject into me and I grabbed onto someone, unsure if it was an officer or the subject they were taking into custody and moved backward with them. I then let go and rejoined the skirmish line. I then continued to move forward where I observed a male subject who stated he was a "medic" refusing to leave the park, and was reaching into a bag attempting to remove unknown items. I assisted other officers as they separated him from his bag, by grabbing his bag to prevent him from removing any items as the other officers placed him into custody. He was then handed off to an arrest team. I then rejoined the skirmish line and held a position until the subjects left the area.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 , 02 , 20 20
Date

0330   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**EXHIBIT D**

Page 1 of 2

GO/CAD No. 20-401022

**Denver Police Department   Departamento de Policía de Denver**
**STATEMENT   DECLARACIÓN**

| Name (Last, First, Middle Initial) Nombre (apellido paterno, nombre, inicial del segundo nombre) Workman, David | Person Making Statement Is: ☒ Officer   Serial Number P19105 ☐ Witness   ☐ Person Advised | | | |
| Residence Street Address Domicilio del lugar donde vive | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| Residence Phone Teléfono del lugar donde reside ( )  - | Business Phone Teléfono del trabajo/empresa (720)913-2800 | Date of Birth Fecha de nacimiento / No. de Serie | | | |

| Business Street Address Domicilio del trabajo / empresa 1566 N Washington St | City Ciudad Denver | County Condado Denver | State Estado CO | Zip Code Código postal 80203 |

| Officer Taking Statement Officer D. Workman | Serial No. P19105 | Date 07/02/2020 | Time 0151 | Hours |

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 1499 N Broadway St | Location Where Statement was Taken: Lugar donde se tomó la declaración DPD District 6 Station |

**Summary of Statement (Continued)**
**Resumen de la declaración (Continuación)**

On 07/02/2020, at approximately 0011 hours, while I [driver] was working as Car 653S as a fully-uniformed officer in a fully-marked patrol vehicle with Corporal J. Grygorcewicz P14012 [passenger], I was dispatched to 1499 N Broadway St [Civic Center Park] for a Special Assignment [Protests].

Upon arrival to Civic Center Park, I had donned my ballistic helmet and gas mask in order to protect myself from blunt objects and unknown gases / substances.

As officers were command by DPD leadership to march slowly in rows, I stood by my corporal, Corporal J. Grygorcewicz, in order to remain in contact and work together as instructed.

Upon initial contact with the large group of protestors [approximately +40 individuals] who were not complying with the multiple directives and commands provided by DPD officers to disperse and leave the park immediately. The protesters began to form a make-shift skirmish line in retaliation of DPD officers' presence. DPD officers slowly continued to march, and upon physical contact with the protesters, the protesters began to strike officers with closed and open fists, miscellaneous objects, and at least one unknown powdered substance that crowded the surrounding area with dust / smoke.

As I was initially behind the primary (front) row of DPD officers, I awaited to take immediate arrest / police action versus any individual protestor who I observed attacking any DPD officer in front of me. Proximately to my right side, I observed a group of DPD officers began to take control and arrest two individual protesters who were holding onto each other. I quickly took hold of the second protester [unidentified arrestee] and began assisting officers carrying him further behind the primary row of DPD officers.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

07 / 02 / 20 20
Date

0240   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 01/17)

**EXHIBIT D**

Page 1 of 1                                                                 GO/CAD No. 20-401022

### Denver Police Department   Departamento de Policía de Denver
### STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido paterno, nombre, inicial del segundo nombre)<br><br>Grygorcewicz, John | | Person Making Statement Is:<br>☒ Officer   Serial Number 14012<br>☐ Witness   ☐ Person Advised | | | |
|---|---|---|---|---|---|
| Residence Street Address<br>Domicilio del lugar donde vive<br><br>1566 N Washington Street | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver | State<br>Estado<br>CO | Zip Code<br>Código postal<br>80203 |
| Residence Phone<br>Teléfono del lugar donde reside<br>(    ) - | Business Phone<br>Teléfono del trabajo/empresa<br>(720)913-2800 | Date of Birth Fecha de nacimiento / No. de Serie | | | |
| Business Street Address<br>Domicilio del trabajo / empresa | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |

| Officer Taking Statement<br><br>John Grygorcewicz | Serial No.<br>14012 | Date<br>07-02-2020 | Time<br>0246 | Hours |
|---|---|---|---|---|
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br><br>1499 N Broadway Street | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1566 N Washington St | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 07/02/2020, at approximately 2350 hours, working as Car 653S as a fully-uniformed officer in a fully-marked patrol vehicle with Officer Workman, we were dispatched to 1499 N Broadway St [Civic Center Park] for a Special Assignment [Protests].

Upon arrival to Civic Center Park, we were advised to put our ballistic helmet and gas mask on in order to protect ourselves from blunt objects and unknown gases / substances. We were advised that we would walk from the area of 14th Avenue and N Delaware Street to Civic Center Park and that Lt. Gallawa would give verbal orders to disperse from the park and that any subject that stayed would be subject to arrest. It should be noted that at 6 total orders were given to disperse from the park after 2300 hours, in which time the park closed.

As we walked into the park, I observed, a large group of protestors, which appeared to be 30-40 people who were not complying with the multiple directives and commands provided by DPD officers to disperse and leave the park immediately. The protesters began to form a make-shift skirmish line in retaliation of DPD officers' presence. DPD officers slowly continued to march, and upon physical contact with the protesters, the protesters began to push officers, throw unknown items at the police and sprayed officers with unknown powdered substance that crowded the surrounding area with dust / smoke.

I was initially behind the primary (front) row of DPD officers, I observed officers attempting to take into custody some of the protesters and observed some of them pulling away from officers and pulling the suspects we were trying to take into custody away from the officers. As I went to assist officers with an arrest, I was pushed from behind from an unknown individual, falling forward.

---

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

7 / 02 / 20 20
Date

309   ☒ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración                    14012

DPD 366 (Rev. 01/17)

**EXHIBIT D**

# DENVER POLICE DEPARTMENT

## NARRATIVE TEXT HARDCOPY

(-)

## Narrative Text

**Type** INITIAL REPORT/NARRATIVE

**Subject**

**Author** P08049 - PAULSEN, ADAM M.

**Related Date** Jul-02-2020

On 07-02-20 at approximately 0021 while working as Mall 23 District Six officers were enforcing park curfew after numerous verbal warnings over the loud speaker to leave the park. A large group of protestors refused to leave the park and had tents and canopies set up.

After numerous warnings we contacted a female, Victoria Brown ███████ 98), refused to leave the park and was arrested. Victoria resisted arrest by twisting her body and pulling her hands and arms away from officers making it difficult to put her in handcuffs. After she was handcuffed she was transported to the DDC for processing.

Officer continued to deal with the hostile crowd for the next couple hours until they left the area.

**EXHIBIT D**