IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1616-RBJ

AGAZI ABAY, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs Agazi Abay, Gabriel Thorn, Amy Schneider, Michael McDaniel, and Defendant City and County of Denver, through their attorneys, hereby file this Stipulation of Dismissal of Plaintiffs' claims against Defendant City and County of Denver pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs relating thereto. This Stipulation resolves all claims asserted in this lawsuit.

Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
*Counsel for Plaintiffs Abay, Schneider, and Thorn*

s/ Joel Richardson
Joel Richardson
Kevin Sobczyk
Denver City Attorney's Office
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
O: 720.913.3100
*Counsel for the Denver Defendants*

s/ E. Milo Schwab
E. Milo Schwab
Ascend Counsel, LLC
2401 S. Downing St.

Denver, CO 80210
*Counsel for Plaintiff McDaniel*

## Certificate of Service

    I, Elizabeth Wang, an attorney, hereby certify that on September 25, 2023, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Plaintiffs Abay, Schneider, and Thorn
